EDMUND G. BROWN JR.
Attorney General of the State of California
DAVID S. CHANEY
Chief Assistant Attorney General
FRANCES T. GRUNDER
Senior Assistant Attorney General
THOMAS S. PATTERSON
Supervising Deputy Attorney General
DAMON G. MCCLAIN, State Bar No. 209508
Deputy Attorney General
 455 Golden Gate Avenue, Suite 11000
 San Francisco, CA 94102-7004
 Telephone: (415) 703-5750
 Fax: (415) 703-5843
 Email: Damon.Mcclain@doj.ca.gov

Attorneys for Defendants Robert A. Horel, D. Webster, and M. Cleary

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| **WONDIYRAD KABEDE,**<br><br>                              Plaintiff,<br><br>     v.<br><br>**WARDEN ROBERT A. HOREL, et al.,**<br><br>                              Defendants. | C 07-3656 MJJ (PR)<br><br>**DEFENDANTS' ANSWER TO COMPLAINT**<br><br>Judge:   The Honorable<br>              Martin Jenkins |

Defendants Robert A. Horel, D. Webster, and M. Cleary (Defendants) answer Plaintiff Wondiyrad Kabede's Complaint (filed on July 17, 2007) as follows:

1. In response to the first page of Plaintiff's complaint, to the extent Plaintiff alleges that he has exhausted his administrative remedies concerning the claims in his complaint, if any, Defendants deny that allegation.

2. In response to the first page of Plaintiff's complaint, to the extent Plaintiff alleges "misconduct" by the Defendants, Defendants deny that allegation.

3. In response to the second page of Plaintiff's complaint, to the extent Plaintiff alleges

that the Defendants have violated his constitutional rights, Defendants deny that allegation.

4. To the extent any allegations in Plaintiff's complaint can be construed to state a cognizable claim that Defendants caused Plaintiff to be housed with a dangerous inmate in violation of the Eighth Amendment, Defendants deny those allegations.

5. To the extent any allegations in Plaintiff's complaint can be construed to state a cognizable claim that Defendants did not provide Plaintiff with adequate treatment for a broken tooth in violation of the Eighth Amendment, Defendants deny those allegation.

## AFFIRMATIVE DEFENSES

1. Defendants allege that because the Complaint is vague, ambiguous, and couched in conclusory terms, Defendants cannot anticipate fully all affirmative defenses that may be applicable to this matter. Accordingly, the right to assert additional affirmative defenses, if and to the extent such affirmative defenses are applicable, is hereby reserved.

2. Defendants allege that Plaintiff has failed to exhaust his administrative remedies.

3. Defendants allege that Plaintiff's claims are barred by the applicable statute of limitations.

4. To the extent Defendants acted or failed to act as alleged in the Complaint, if at all, such action or inaction was performed as part of Defendants' official duties, and did not violate clearly established law. Thus, Defendants are entitled to qualified immunity.

5. Defendants allege that Plaintiff's claims are barred, limited, or controlled by the Prison Litigation Reform Act.

6. Defendants allege that Plaintiff failed to mitigate his damages.

7. Defendants allege that they exercised due care and acted only in the execution or enforcement of the law.

8. Defendants allege that they did not act with malicious intent or with reckless disregard for Plaintiff's rights, and therefore are not liable for punitive damages.

9. Defendants allege that Plaintiff is estopped from claiming any damages.

10. To the extent Plaintiff's claims are for emotional injuries or injunctive relief, they are

1  barred or limited by the Prison Litigation Reform Act.

2      11. To the extent that Plaintiff has suffered any injury, the injury is due in whole or in part
3  to his own actions or inactions.

4      12. To the extent that Plaintiff has suffered any injury, the injury is due in whole or in part
5  to persons or forces other than Defendants.

6

7                          **DEMAND FOR JURY TRIAL**

8      Defendants demand that this matter be tried by and before a jury to the extent provided by
9  law and pray for judgment as follows:

10     1.  That judgment be rendered in favor of Defendants and against Plaintiff;

11     2.  That Plaintiff take nothing by this action;

12     3.  That Defendants be awarded costs of suit and attorneys' fees; and

13     4.  That Defendants be awarded such other relief as this Court deems proper.

14

15  Dated: October 17, 2007

16              Respectfully submitted,

17              EDMUND G. BROWN JR.
                Attorney General of the State of California

18              DAVID S. CHANEY
                Chief Assistant Attorney General
19
                FRANCES T. GRUNDER
20              Senior Assistant Attorney General

21              THOMAS S. PATTERSON
                Supervising Deputy Attorney General

22

23              /s/ *[signature]*

24
                DAMON G. MCCLAIN
25              Deputy Attorney General
                Attorneys for Defendants Robert A. Horel, D. Webster, and M.
26              Cleary

27  20109658.wpd
28  SF2007200757

Defs.' Answer & Demand Jury Trial                                W. Kabede v. Horel, et al.
                                                                 C 07-3656 MJJ (PR)

## DECLARATION OF SERVICE BY U.S. MAIL

Case Name:    **W. Kabede v. Horel, et al.**

No.:    **C 07-3656 MJJ**

I declare:

I am employed in the Office of the Attorney General, which is the office of a member of the California State Bar, at which member's direction this service is made. I am 18 years of age or older and not a party to this matter. I am familiar with the business practice at the Office of the Attorney General for collection and processing of correspondence for mailing with the United States Postal Service. In accordance with that practice, correspondence placed in the internal mail collection system at the Office of the Attorney General is deposited with the United States Postal Service that same day in the ordinary course of business.

On <u>October 18, 2007</u>, I served the attached

### DEFENDANTS' ANSWER TO COMPLAINT

by placing a true copy thereof enclosed in a sealed envelope with postage thereon fully prepaid, in the internal mail collection system at the Office of the Attorney General at 455 Golden Gate Avenue, Suite 11000, San Francisco, CA 94102-7004, addressed as follows:

**Wondiyrad Kabede**
**E-25873**
**Pelican Bay State Prison**
**P.O. Box 7000**
**Crescent City, CA 95531-7000**
Pro Per

I declare under penalty of perjury under the laws of the State of California the foregoing is true and correct and that this declaration was executed on October 18, 2007, at San Francisco, California.

|  L. Santos  |  *J. Santos*  |
|:---:|:---:|
| Declarant | Signature |

20110073.wpd