United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WONDIYRAD KABEDE, ) | No. C 07-3656 MJJ (PR) |
| Plaintiff, ) | **ORDER REFERRING CASE TO** |
| v. ) | **PRO SE PRISONER MEDIATION PROGRAM; STAYING CASE;** |
| ROBERT A. HOREL, et al., ) | **INSTRUCTIONS TO CLERK** |
| Defendants. ) | |
| _____ ) | |

Plaintiff, a California prisoner proceeding pro se and incarcerated at Pelican Bay State Prison ("PBSP"), filed this civil rights action under 42 U.S.C. § 1983. After a review of the complaint, plaintiff's allegations, when liberally construed, were found to state cognizable claims against PBSP officials for a violation of his Eighth Amendment right to be free from cruel and unusual punishment. The Marshal has served the complaint upon defendants, and defendants have filed an answer.

In the August 20, 2007 Order of Service, this case was found suitable for mediation proceedings and indicated that upon the defendants' filing of an answer, the case would be referred to the Pro Se Prisoner Mediation Program. As defendants have now answered, and good cause appearing, the instant case will be referred to Magistrate Judge Vadas for mediation proceedings pursuant to the Pro Se Prisoner Mediation Program. The proceedings will consist of one or more conferences as determined by the mediator. The proceedings shall take place within 90 days of the date this order is filed. Magistrate Judge Vadas shall

G:\PRO-SE\MJJ\CR.07\kabede.med.wpd

1  coordinate a time and date for the mediation proceedings with all interested parties and/or
2  their representatives and, within 5 days after the conclusion of the mediation proceedings,
3  file with the court a report for the prisoner mediation proceedings.
4     For the foregoing reasons and for good cause shown,
5     1.    The clerk shall mail a copy of the court file, including a copy of this order, to
6  Magistrate Judge Vadas in Eureka, California.
7     2.    This action, including the dispositive motion schedule, is hereby STAYED
8  until further order of the court, if necessary, following completion of the mediation
9  proceedings outlined above.
10    IT IS SO ORDERED.

12 DATED: 11/07/07                              _____
                                                MARTIN J. JENKINS
13                                              United States District Judge

G:\PRO-SE\MJJ\CR.07\kabede.med.wpd          2