2/7/08

TO: UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO, CA. 94102

CASE # C-07-3656-MJJ (PR)

HONORABLE CHIEF JUDGE
VAUGHN R. WALKER
AND
HONORABLE JUDGE
MARTIN J. JENKINS.

DEAR HONORABLE JUDGES,

ON THE ABOVE MATTER ON 8/14/07, YOUR COURT ORDERED THE STATE OF CALIFORNIA-ATTORNEY GENERALS OFFICE TO REPOND REGARD THE COMPLAINT FILED IN THE ABOVE NUMBER.

THE ATTORNEY GENERALS OFFICE FOR THE DEFENDANTS IN THE MATTER ANSWERD ON 10/17/07, WHICH COPY OF THE RESPONSE WAS SENT TO ME ON 10/24/07 RECIVED.

I PREPARED OPPOSITION MOTION AGAINST THE CALIFORNIA GENERALS RESPONSE AND SENT IT YOUR COURT CLERK'S OFFICE ON 11/1/07.

AS YOUR COURT ORDER OF 11/7/07, THE MEDIATOR HONORABLE MAGISTRATE JUDGE DIDN'T SEND ME A NOTICE THAT COORDINATE A TIME AND DATE FOR THE MEDIATION PROCEEDING. I TAUGHT HE MIGHT SHOW UP AS SUPRISE, BUT TODAY IS THE LAST DAY FOR THE MEDIATION PROCEEDING AS YOUR COURT ORDER.

I AM SCHEDUALED TO APPEAR IN FRONT OF CALIFORNIA BOARD OF PRISON TERMS PANNEL FOR SUBSQUENT HEARING ON MARCH 6-2008, AND THE BOARD HAD APPOINTED AN ATTORNEY NAMES Mr. JAMES FALLMAN, WHICH HIS ADRESS IS AT 250 LEAVITT MALL, CRESCENT CITY, CA. 95531. TELEPHONE # WAS NOT INCLUDED ON THE NOTICE.

1

2

MY OPPOSITION MOTION I MAILED TO YOUR CLERK'S OFFICE ON 11/1/07 EXPLAINS, HOW I AM OVER HELD IN PRISON AND REQUESTING DEPORTATION BACK TO MY COUNTRY.

I AM HUMBLY REQUESTING BOTH OF YOU HONORABLE JUDGES TO LET MEDIATOR HONORABLE JUDGE BE AWARE REGARD MY BPT APPEARANCE AND SEE IF INVOLVE TO MAKE A DEAL TO ASSIST ME DEPORTED FROM PRISON TO MY COUNTRY.

I DON'T HAVE NO IDEA WHY THE HONORABLE MAGISTRATE JUDGE DIDN'T CONDUCT THE MATTER AS YOUR COURT ORDER.

UP TO TODAY MY TEETH IS NOT FIXED AND I AM NOT GIVEN SINGLE CELL STATUE. PRISONERS KNEW ME FOR YEARS DIDN'T WANT TO SEE PRISON OFFICIALS SET ME UP AGAIN WITH MENTALLY ILL AND THEY STAYING WITH ME TEMPORALLY AS SACRIFICE.

PLEASE LET ME KNOW IF ANYTHING IS CHANGED ABOUT THIS CASE AND WHAT IS THE STATUE FOR MY FUTURE AND THE CASE.

I WILL BE DESPARATE TO HEAR FROM YOU.

THANK YOU!

VERY RESPECTFFULLY YOURS,

[signature]

WONDIYRAD KABEDE - E-25873
PELICAN BAY STATE PRISON
P.O. BOX - 7000
CRESCENT CITY, CA. 95532

P.S
PART OF ME THOUGHT IF THEY HAVE AN IMPERSNATOR OF MINE TO SEE THE HONORABLE JUDGE FOR MEDIATION AS ORDERD