RECEIVED
MAR 12 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

3/9/08

TO: THE CLERK'S OFFICE OF;
U.S. DISTRICT COURT FOR
NORTHERN DISTRICT OF CALIFORNIA.
450 GOLDEN GATE AVENUE
SANFRANCISCO, CA. 94102

FILED
MAR 12 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

MR. RICHARD WIEKING - CLERK

DEAR SIR,

IN MY CASE# C-07-3656-MJJ PENDING AT YOUR COURT, THE HONORABLE JUDGE ASSIGNED A MGISTRATE JUDGE TO MEDIATE THE MATTER AND WRITE REPORT IN NINTY DAYS. I DIDN'T RECIEVE ANY SCHEDUALING NOTE FROM THE MEDIATOR OR YOUR OFFICE, WHICH I WROTE ALETTER TO YOUR COURT HONORABLE CHIEF-JUDGE AND TO HONORABLE JUDGE IN THE ABOVE CASE NUMBER ON 2/7/08, TO FIND OUT AND EXPLAING MY SITUATION AT THE TIME.

NC

I DIDN'T RECIEVE ANY THING FROM THE CHIEF JUDGE OR YOUR OFFICE, AND I STARTED THINKING IF PRISON OFFICIALS STARTED HOLDING MY LEGAL-MAIL TO YOUR COURT, AS WELL IF THEY HAVE MY IMPERSNATOR TO THE MEDIATOR MAGISTRATE JUDGE.

SIR! ORIGINALLY WHEN THIS CASE WAS FILED AS C-07-1224-M.J.J, YOUR OFFICE WAS AWARE THE ABUSE I WAS GOING THROUGH AND ASSISTED TO FILE AS WELL AS THE HONORABLE JUDGE IN THE CASE ORDERD THE ATTORNEY GENERAL OFFICE TO EXPLAIN WHY ALL ABOUT THE ABUSE.

I DON'T KNOW WHAT TYPE OF LIE THE PRISON OFFICIALS TOLD TO THE MEDIATOR MAGISTRATE JUDGE NOT TO TALK TO ME OR SABOTAGED THE MEDIATION. WHEN THIS SAME COMPLAINT WAS RE-FILED WITH THIS NEW # C-07-3656 M.J.J THE MOST COUPLE IMPORTANT ISSUES WERE

HOW I WAS SET-UP WITH MENTALLY-ILL IN THE PRISON CELL AND HOW THE PRISON OFFICIALS WERE WRITTING LIES IN PRISON CLASSIFICATION CHRONO'S, BESIDES DENYING ME LIVE ALONE STATE IN PRISON CELL (AFTER WHAT THEY HAVE DONE TO ME) AND DENIED TO FIX MY THEETH.

THE ENCLOSED HAND COPY PRISONER GRIEVANCE AND COPY OF THE CHRONO THEY ISSUED ME WILL EXPLAIN. I THINK THE PELICAN BAY OFFICALS HAVE MADE A DEAL WITH BLACK INMATES TO GET ME KILLED IN THE PRISON CELL AGAIN.

I AM CLASSIFIED ETHNICALLY AS 'OTHER' NONE GANG BANGER ALWAYS. I THINK THE PRISON OFFICIALS FORGOT ALREADY THAT THEY SET-ME UP WITH MENTALLY ILL BLACK INMATE WITH FORCE, WHICH INCCIDENT OCCURED AND THIS CASE WAS FILED ORIGINALLY AS C-07-1224 MJJ.

ON 3/6/08 I APPEARED IN FRONT OF STATE OF CALIFORNIA BOARD OF PRISON TERMS PANNEL FOR SUBSEQUENT HEARING AND I WAS DENIED MY REQUEST TO RELEASE ME TO U.S I.N.S FOR DEPORTATION. I AM 57 YEARS OLD AND I AM NOT PHISICALLY WELL, WHICH I AM NOT ALLOWED TO LIVE ALONE IN PRISON CELL PEACEFULLY. I HAVE FINISHED (COMPLETED) MAXIMUM TERM OF MY PRISON SENTENCE AND I SUPOSE TO BE FREE ACCRDING TO THE LAW. I HAVE MET ALL NESSESARY REQIREMENTS, WHICH THEY DID CONGURADULATED ME, BUT TOLD ME THE CRIME I COMMITTED IS CALLOUSLY. THE CRIME I WAS ACCUSSED OF COMMITING IS MURDER MY WIFE, WHICH I DIDN'T ACCORDING MY ARREST RECORD EVIDENCES. I TOOK A PLEA-BARGAIN TO BE RELEASE AFTER FINISH

SERVING MY PRISON SENTENCE, WHICH MY MAXIMMUM TIME WAS YEAR 2004.

MY PREVIOUS CASE AT YOUR COURT IN YEAR 2005 INFRONT OF THE SAME HONORABLE JUDGE WAS AGAINST BOARD OF PRISON TERMS FOR DENYING MY PAROLE FOR DEPORTATION, WHICH WAS DISMISSED BECAUSE I DIDN'T BRING THE MATTER WITH HABEAS CORPUS INSTEAD OF 1983 U.S.C. COMPLAINT.

I AM ASKING YOUR OFFICE, IF POSSIBLE TO DISSCUSS THE MATTER WITH THE HONORABLE JUDGE MELVIN J. JENKINS THAT I HAD FILED HABEAS CORPUS TWICE AT YOUR COURT IN 1991 AS-C-91-1224. FMS AND IN 1993-C-93-1933 FMS WHICH WAS DISMISSED SUMMRELY FOR PRE-FILING REVIEW. YOUR OFFICE CHARGED BACK PAY $110.00 FOR HABEAS.

THE BOARD OF PRISON TERMS PANNEL WERE couple of FEMALES, WHICH I MENTIONED ABOVE I WAS ACCUSSED OF KILLING MY WIFE.

Some PRISON ASSOCIATES LEGALLY RECOMMEND THAT I CONTACT ATTORNEY, BUT I FELT LIKE YOUR COURT STAFF IS MY ATTORNEY AND MY JUDGE IN THIS CASE. AND I AM HOPING TO HEAR GOOD NEWS FROM YOUR OFFICE. I AM STILL STRUGGLING TO EXIST, WHILE I SUPOSE TO BE FREE AND NOT TO WORRY AGAINST MY LIFE.

PLEASE I NEED TO HEAR FROM YOUR OFFICE SOON.

THANK YOU!

P.S
"MY TEETH DIDN'T GET FIXED WHICH IS CAUSING ME ANXIETY AND DEPRESSION AS WELL. I JUST DON'T SHOW IT OR TALK ABOUT IT, BECAUSE THE PRISON PSYCH-DEPARTMENT WILL TWIST TO DIFFRENT STAGE."

3/9/08

VERY RESPECTFULLY YOURS,

[signature]

WONDIYRAD KABEDE
E-25873
PELICAN BAY STATE PRISON

**INMATE/PAROLEE APPEAL FORM**
CDC 602 (12/87)

| Location: Institution/Parole Region | Log No. | Category |
|---|---|---|
| 1. | 1. | |
| 2. | 2. | |

You may appeal any policy, action or decision which has a significant adverse affect upon you. With the exception of Serious CDC 115s, classification committee actions, and classification and staff representative decisions, you must first informally seek relief through discussion with the appropriate staff member, who will sign your form and state what action was taken. If you are not then satisfied, you may send your appeal with all the supporting documents and not more than one additional page of comments to the Appeals Coordinator within 15 days of the action taken. No reprisals will be taken for using the appeals procedure responsibly.

| NAME | NUMBER | ASSIGNMENT | UNIT/ROOM NUMBER |
|---|---|---|---|
| WONDIYRAD KABEDE | E-25873 | OPTICAL | A-8-207 |

A. Describe Problem: ON 1/18/08, I WAS CALLED OUT OF MY CELL FOR U.C.C HEARING AT MY LIVING QUARTER FLOOR OFFICE, CAPTAIN McGUYER ASKED ME IF I AM AWARE OF ANY TENSION BETWEEN PRISON GANG FOR WAR? I TOLD HIM I AM NOT GANG MEMBER AND I DON'T KNOW EVEN WHY THE PRISON IS IN LOCK-DOWN STATUE. AGAIN THE CAPTAIN ASKED ME, IF MY CELL-MATE GIVING ME ANY PROBLEM? I TOLD HIM MY CELLMATE IS NOT CRAZY AND HE IS "OTHER" ETHNICALLY (SAMOAN) AND HE IS STAYING WITH ME TEMPORALY

If you need more space, attach one additional sheet. CONTINUES ON ATTACHED SHEET OF PAPER.

B. Action Requested: ALL LIES WRITTEN IN ALL MY U.C.C CHRONOS TO BE CHANGED SINCE 2006 ANNUAL. BECAUS OF THE PREVIOUS 2006 X-MASS EVE INCIDENT AND THE COMPLAINT AT THE FEDERAL COURT, I NEED TO LIVE ALONE OR WHOM I WANT WITH ETHNICALLY 'OTHERS'

Inmate/Parolee Signature: Wondiyrad Kebede Date Submitted: 2/28/08

C. INFORMAL LEVEL (Date Received: ____________ )

Staff Response: ____________

Staff Signature: ____________ Date Returned to Inmate: ____________

D. FORMAL LEVEL

If you are dissatisfied, explain below, attach supporting documents (Completed CDC 115, Investigator's Report, Classification chrono, CDC 128, etc.) and submit to the Institution/Parole Region Appeals Coordinator for processing within 15 days of receipt of response.

Signature: ____________ Date Submitted: ____________

Note: Property/Funds appeals must be accompanied by a completed Board of Control form BC-1E, Inmate Claim

CDC Appeal Number:

HAND COPY

A' SECTION CDC 602 CONTINUES

UNTILL FEDERAL-COURT DECIDES ABOUT MY SINGLE CELL-STATUE, I REQUESTED, I WAS TOLD TO RETURN BACK TO MY CELL.

ON 2/25/08, I RECIEVED COPY OF THE 1/18/08 U.C.C CHRONO. AGAIN FALSE STATEMENT (LIE) I DIDNT MADE WAS WRITTEN IN THE CHRONO, THAT I HAVE AGREED TO LIVE IN THE CELL WITH ETHNICALLY 'BLACK' PRISONERS.

UNLESS IT IS AT PROTECTIVE COSTODY ALL BLACK, WHITE, OR MEXICAN PRISONER ARE AUTHOMATHICALLY PART OF A GANG, UNLESS THEY ARE ETHNICALLY CLASSIFIED AS 'OTHER' AT LEVEL FOUR PRISONS. I HAVE BEEN HERE AT PELICAN BAY FOR 18 YEARS AND AWARE THE CULTURE.

SINCE PELICAN BAY PRISON NEW RULE DOESN'T ALLOW PRISONERS TO COPY CHRONOS UNLESS IT'S FOR EXIBIT FOR PETITION OR COPY CDC 602 APPEALS UNLESS 2ND LEVEL IS EXUASTED, I AM NOT ABLE TO ATTACH ANY CHRONO TO THIS APPEAL. I HAVE MAILED ALL MY CHRONOS TO FEDERAL-COURT TO BE REVIEWED WITH CASE PEDING AGAINST PELICAN BAY. I HAVE ENCLOSED SIGNED TRUST WITH-DRAWAL-FORM FOR THE APPEALS COORDINATOR TO COPY 2006 ANNUAL CHRONO, JANUARY AND NOVEMBER AD/SEG AND ANNUAL CHRONOS, AND THIS LATEST 1/18/08 U.CC CHRONO TO ATTACH WITH THIS APPEAL TO BE REVIEWED.

SINCE PBSP OFFICALS ADDING FALSE STATEMENT IN MY CHRONOS, I STRONGLY BLIEVE THERE IS BIG KIND OF CONSPIRACY TO SCARE ME INORDER TO PUT ME AT PROTECTIVE COSTODY OR TO GET ME KILLED WITH MENTALLY ILL INMATE, WHICH THEY CHOSE BLACK PRISONER TO KILL ME, AS THEY DID IN THE PAST WHY THE COMPLAINT IS AT THE FEDERAL-COURT. I AM AWARE THE NEED TO EXPAND THE PROTECTIVE COSTODY AND PRISONERS DESEGREGATION PROGRAM. I AM NOT GOING TO BE A PART OF IT.

I THINK IT'S NESSESARY TO TAPE RECORD ALL CLASSIFICATION HEARING ~~[illegible]~~ AND ANY TYPE INTERVIEW CONDUCTED BY PRISON STAFF. HAND COPY OF THIS APPEAL WITH THE CHRONOS IS SENT TO federal Court. I DO KNOW LAW ENFORCERS ARE NOT TRAINED TO OR LISENCED TO LIE. THE INTRESTING PART IS THAT I AM LIVING IN THE CELL WITH CELL MATE.

CDC 128G (Rev. 12/91)

**NO: E-25873** **NAME: KABEDE, Wondiyard** **Housing: A8-207**
Custody: MED A CS: 139 (IV) A1A Eff. 03/04/04 Assignment: PIA OPTICAL
RelDate: MEPD 09/13/2004 Reclass: 11/08 **Action: CPP. D/C CLEAR.**

Inmate Kabede appeared before PBSP Facility A UCC on this date for Program Review. Prior to Committee, Correctional Counselor I Skillen was assigned as a staff assistant, interviewed S at least 24 hours prior to Committee per the CCR, Section 3315 (d)(2)(A), and was present during Committee. The staff assistant was assigned for the following reason: CCCMS level of care. S has a current RGPL score of 11.4. S is currently assigned to OPT-1-A.145. **Committee acts to continue custody level at MED A, continue WG/PG A1A effective 03/04/04, and continue present program at PBSP IV GP. S was reviewed and cleared for double celling noting no 12/24/06, Victim of Battery (in-cell), which is insufficient to establish single cell status.** S agrees with his current double cell assignment and states he can be housed with Black ethnic groups. S is currently celled with inmate Wynn, V-86067, and states they are compatible. During Committee S was advised to notify staff immediately of any enemy situation which may arise. Placement score remains at a Level IV score of 139 points. Mandatory minimum score of 19 is noted for VIO. S meets 270 design housing criteria. Committee notes CDC 128C, Mental Health Screening chrono, dated 09/05/07, denoting CCCMS level of care. DDP Review: 128C is in C-file; NCF. S participated in Committee, acknowledged understanding, and agreed with Committee action. There have been no changes in case factors since Initial Classification chrono. S is eligible to work around computers, computers systems, or to be in areas that may have access to personal information per PC 2702, PC 502, or PC 5071. PC 2930 and 2933 complied with. S was advised of Committee's decision and his right to appeal, and that any appeal of this Committee action must be submitted within 15 working days of this date, whether he has received the CDC Form 128G Classification chrono or not. BPH SUB # 14 Hearing scheduled in 03/2008. Next scheduled Committee will be in 11/08 for Annual Review.

THE COMPLAINT AT THE FEDERAL COURT IS BECAUSE THEY FORCED TO LIVE WITH MENTALLY ILL BLACK INMATE CAUSED INCCIDENT.

[signature] Dmelton CCI

**CHAIRPERSON: K. MCGUYER/FC** **D. SWEARINGEN /CCII** **RECORDER: D. MELTON/CCI**

☐**OBIS** ☐**CSR** ☐**IGI** ☐**PSYCH** ☐**MED** ☐**OTHER**

Committee Date: 01/18/08 (MELTON/ew) Classification **FAC A UCC** **PROGRAM REVIEW** Inst: **PBSP**

I RECIVED THIS CHRONO ON 2/25/08

THE APPEALS COORDINATOR: RETURNED Back THIS APPEAL Asking me TO Explain why I didn't file this appeal Timely. I RETURNED Back THE Appeal Explaining as I mentioned in the appeal when I recieved copy of this chrono and THE delay was made by THE PRISON Record that I didn't Recieve the chrono in time and I have to Read the chrono frist (1st) find out what was ~~Bet~~ written in order to File complaint. In the past years THE PRISON officials didn't Lie in my chrono. THis couple of years they started lying. I never have to file CDC 602 in the past against my classification chrono.

BECAUSE of south and northern mexican RIOT THE PRISON was lockdown to interview every inmate. I don't have to do nothing with the Riot or know anything about it. they are not to interview me or write a chrono lying To make look crazy. I got case pending ~~At~~ federal court Requesting Single cell and I had filed CDC 602 in the past not to live with ETHNically BLACK inmates. which was GRANTED. I THINK this captain is out of his mind. ALL my classification chrono say I am Ethically 'OTHER'