1
2
3
4
5
6
7
8          IN THE UNITED STATES DISTRICT COURT
9       FOR THE NORTHERN DISTRICT OF CALIFORNIA
10
11
12 WONDIYARAD KABEDE,          Case No C 07-3656 MJJ
13      Plaintiff,             REPORT OF PRO SE PRISONER
14           v               EARLY SETTLEMENT
                           PROCEEDING
15 ROBERT HOREL,
16      Defendants.
17
18
19     A settlement conference in this matter was held on March 18, 2008 . The results of
20 that proceeding are indicated below:
21 (1)    The following individuals, parties, and/or representatives participated in the
22        proceeding, each possessing the requisite settlement authority:
23        ☒ Plaintiff
24        ☐ Warden or warden's representative
25        ☒ Office of the California Attorney General
26        ☒ Other: California Department of Corrections and Rehabilitation
27
28

**United States District Court**
For the Northern District of California

1  (2)    The following individuals, parties, and/or representatives did not appear:

2  (3)    The outcome of the proceeding was:

3          ☒ The case has been completely settled.

4          ☐ The case has been partially resolved and, on or before

5  _____, counsel for defendants shall file a joint stipulation specifying

6  those claims which have been resolved and those that remain to be resolved by the Court.

7          ☐ The parties agree to an additional follow up settlement on

8  _____.

9          ☐ The parties are unable to reach an agreement at this time.

10 Date:  3/24/08                           _____

11                                          Nandor J Vadas
                                            United States Magistrate Judge

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**United States District Court**
For the Northern District of California

**United States District Court**
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

KABEDE                                          No. C 07-3656 MJJ

v.                                              CERTIFICATE OF SERVICE

HOREL
_____/

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on March 24, 2008, I SERVED a true and correct copy of the attached, by placing said copy in a postage paid envelope addressed to the person(s) listed below, by depositing said envelope in the U.S. Mail; or by placing said copy into an inter-office delivery receptacle located in the Office of the Clerk.

**Wondiyrad Kabede**
Pelican Bay State Prison
Prisoner Id E-25873
P.O. Box 7000
Crescent City, CA 95532

RICHARD W. WIEKING, CLERK

By:/s/_____
        Deputy Clerk

3