RECEIVED
APR 2 1 2008
RICHARD W. WIEKING
CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

4/17/08

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA.
450 GOLDEN GATE AVE. BOX - 36060
SAN FRANCISCO, CALIFORNIA. 94102

TO: UNITED STATES DISTRICT JUDGE:
HONORABLE MARTIN J. JENKINS
DEAR SIR,

AS SOON AS I RECIEVED YOUR COURT ORDER
OF CONDITIONAL - DISMISSAL IN MY CASE #
C-07-03656-MJJ, I WAS DEBATING WITH MY
SELF, IF I NEED TO FILE MOTION OR WRITE YOU
THIS LETTER.
    SINCE I HAVE MORE DIFFRENT MATTERS I
WANT TO LET YOU KNOW, I DECIDED TO WRITE
you THIS LETTER.
    AT THE MEDIATION IN THE ABOVE MENTIONED
CASE HONORABLE MAGISTRATE JUDGE VADAS
WAS NOT AWARE THE NEW CALIFORNIA CODE
REGULATION AND POLICY WAS ADOPTED AND
IT WAS IN EFFECT. I WAS NOT AWARE OF IT MYSELF.
    THE NEXT DAY I RECIEVED BY MAIL A COPY,
AFTER MEDIATION. I WROTE THE DEPUTY ATTORNEY
GENERAL-AGAINST ME AND THE HONORABLE -
MAGISTRATE JUDGE REGARD THE NEW CDC
POLICY REGARD SINGLE CELL STATUE, I TOLD
THE MAGISTRATE TO DISSCUSS THE MATTER AND
GET ME SINGLE CELL STATUE WITH-OUT ANY NEW
MEDIATION SESSION OR WITH OUT COURT INVOLVEMENT.
    THE DEPUTY ATTORNEY GENERAL SENT ME
SOME PAPERS TO SIGN THROUGH PRISON OFFICIAL
AND RETURN TO HIM. I STILL GOT THE PAPERS
I DIDNT SIGN AND RETURN IT BACK TO HIM.
    EVEN THOUGH THE HONORABLE MAGISTRATE
JUDGE HAVE INSTRUCTED ME FROM THE START
THAT I CAN REFUSE THE OFFER AND TAKE THE
MATTER BACK TO COURT AND HE ALSO MENTIONED
TO ME THAT I HAD FILED QUIET FEW COMPLAINT

1

1 IN THE PAST AND I DIDN'T SUCCEED, WHICH
2 THE COURT MIGHT DISMISS YOUR CASE AND
3 YOU MIGHT SUFFER WITHOUT COURT ATTENTION.
4 I HAVE FEAR AND RESPECT FOR FEDERAL
COURT MAGISTRATE JUDGE, AND DIDN'T KNOW
5 WHAT ELSE TO DO BUT AGREE IN HIS OFFER.
6 THE OFFER WAS TO BE DOUBLE CELLED WITH
7 NONE GANG BANGER, NONE MENTALLY ILL, ETHNICALLY
8 CLASSIFIED 'OTHER' PREFERABLY ANOTHER ETHIOPIAN
CITIZEN IF AVAILEBLE. I MENTIONED TO THE
9 HONORABLE MAGISTRATE THAT THE PRISON STAFF
10 BEEN TRYING TO GET ME KILLED BY CELLMATES
FOR YEARS.
11 AFTER THE NEW CDC RULE IN AFFECT REGARD
12 THE LETTERS I WROTE THE HONORABLE MAGISTRATE
13 AND THE CALIFORNIA DEPUTY ATTORNEY GENERAL
DIDN'T MAKE ANY DIFFERENCE.
14 SIR! AS OPPOSITION MOTION I MAILED ON 11/1/07 TO YOUR
15 CLERK'S OFFICE AGAINST THE DEFEDANTS RESPONSE
16 IN THIS CASE BY THE DEPUTY ATTORNEY GENERAL;
I REQUESTED YOUR COURT TO DENY ALL DEFEDANTS
17 DEMAND. NEW MEDIATION OR JURY TRAIL IS NOT
18 NESSESSARY. AS THE NEW CDC TITLE 15 RULE
19 REGARD SINGLE CELL STATUE, AS THE JUDGE
OF THE CASES # 07-1224-MJJ AND #07-03656 MJJ
20 YOU GOT POWER TO GIVE ME SINGLE CELL STATUE,
21 OR ORDER THEM TO TRANSFER ME TO FEDERAL
PRISON TO LIVE ALONE.
22 AS HONORABLE MAGISTRATE JUDGE TOLD ME
23 THAT THE STATE PRISONS ARE NOT GOING TO FIX
24 MY TOOTH AS I REQUESTED. THE FEDERAL COURT
DON'T HAVE ATHORITY TO ORDER STATE OUT OF
25 WHAT THE STATE PRISON CAN PROVIDE. I WAS
26 TOLD TOLD THAT I WILL BE PROVIDED ARTIFICAL
DENTURE TOOTH FOR LOOKS. ONE OF MY TOOTH IS
27 FORONT TOOTH AND THE OTHER ONE IS MY CHEWING
28 TOOTH. I AM NOT GOING TO LET THEM PULL MY TOOTH
AND GIVE ME PLASTIC JUST FOR LOOKS.
2

1  IT DON'T MATTER IF ANY ONE LIKE MY LOOK'S OR
2  NOT IN PRISON. I AM 57 YEARS OLD. I AM HOPING
3  TO BE AT THE FREE WORLD TO GET MY TOOTH FIXED
4  AS I NEED IT.
5        ANOTHER REASON I WANT TO WRITE YOU THIS
6  LETTER IS REGARD MY CASE # 05: CV-03693 M.J.J.,
7  THE 1ST CASE YOU REVIEWED, WHICH WAS DISMISSED
8  BECAUSE IT WAS NOT HABEAS CORPUS.
9        SIR! I DON'T KNOW MUCH ABOUT THE LAW,
10 AS YOUR COURT CLERK SENT ME NOTICE TO PAY
11 THE FILING FEE IN MY NOTICE OF APPEAL IN THE
12 MATTER, I REQUEST WITH LETTER YOUR COURT CLERK
13 TO PROCESS THE CASE TO BE RE-REVIEWED RIGHT
14 THERE AT THE DISTRICT COURT, AS HABEAS CORPUS.
15 IT IS ONLY COURT FORMS DIFFRENCES.
16       SINCE YOU KNOW ALL ABOUT MY CASES FILED,
17 I PREFER YOU RE-REVIEW THE CASE. YOU HAVE
18 WITNESSED IN MY LAST TWO CASES, THAT THE
19 STATE OF CALIFORNIA PRISON OFFICIAL ARE
20 NOT ONLY HOLDING IN PRISON, AFTER MY PRISON
21 SENTECE IS DONE, THEY HAVE BEEN TRYING TO
22 GET ME KILLED.
23       I DON'T OWE STATE OF CALIFORNIA NO PRISON
24 TIME AND I AM NOT DEMANDING ANY MONEY IN
25 ANY OF MY COMPLAINTS, ALL I WANT IS TO ORDER
26 THE STATE OF CALIFORNIA TO RELEASE ME TO
27 U.S. INS WITH ORDER NOT TO RELEASE ME TO
28 UNITED STATES AND TO DEPORT ME IMMEDIATELY IN THE
   ETHIOPIA. I WILL ASK MY PEOPLE TO PAY MY THE
   FARE FOR AIR LINE FOR MY DEPORTATION.
        I HAVE ENCLOSED ED COUPLE OF PRISON CHRONO
   TO BE REVIEWED.

SIR! I AM GOING THROUGH LOTS OF THINGS
I DON'T WANT TO EVEN MENTION IN LETTER.
PLEASE LET ME KNOW WITH NOTE
I NEED TO FILE MOTION IN THIS CASE #07-3656
MJJ FOR TRAIL OR YOU PERSONALLY CAN USE
YOUR POWER PRACTICALLY TO SAVE MY LIFE AS
YOU STARTED. I WANT TO FEEL ATLEAST SAFE.
I WAS TOLD BY THE HONORABLE MAGISTRTE
AT MEDIATION THE YOU ARE GOING TO RETIRE,
I AM HOPING YOU WILL DO SOMETHING FOR
ME SO I WILL REMEMBER YOU AND SAY
GOOD IN THE FUTURE.
        I WILL BE WAITING DESPARATLY TO
HEAR FROM YOU.

"
SiR!          4/17/08          VERY RESPECTFULLY YOURS,
HONESTLY
I DON'T
REALY WANT          WONDIYRAD KABEDE
LIVE IN THE          PRISON I.D# E-2587 3
CELL with NO ONE,"          PELICAN BAY STATE PRISON
ALONER          P.O. BOX - 7000
SAFER          CRESCENT CITY, CA.
                         95532

4

12

STATE OF CALIFORNIA
NO. E-25873    NAME KABEDE, W.    (B7 103L) (OTHER)    DEPARTMENT OF CORRECTIONS
CDC-1280 (Rev. 2/87)

Custody: CLO AR CS/139 A2/B MEPD 12/21/2002 Assignment: INVOLUNTARILY UNASSIGNED
Comments: RECLASS: 3/92    RELEASE FROM PG "C"/MOVE TO BLDG 1
PLACE ON SS W/L

I/M Kabede appeared before PBSP FAC B UCC this date for Program REV. S was placed in
specialized GP HSG per PBSP OP #60. He has remained disciplinary free during his 90-day
program, and COMM elects to release him from PG "C". He will be placed in WG/PG status of
A2/B EFF 3/15/91. He will be moved to regular GP HSG in BLDG 1, 2, 3 or 4. He was placed
on the SS W/L. An Annual REV was scheduled for 3/92. During the course of COMM, S indicated
he had concerns about his HSG. After careful REV of the C-File, COMM sees no problem with
his being housed at PBSP. S was informed that he will be housed with an "Other" whenever
possible. S did not specify any particular type of threat to his safety. S also addressed
some medical concerns; he was informed of the procedure to receive medical treatment. There
were no further program concerns at this time.

COMM MEMBERS: DILLARD, PLECHATY, GARCIA              R. PLECHATY/CCI    F. DILLARD/PA
Date: 3/15/91    rs    Classification    UCC    PROGRAM REV    Inst: PBSP FAC B

LOOK THIS WHEN I ARRIVED AT PELICAN
BAY IN 1990. ALL MY YEARLY ANNUALY
Chrono Says ETHNICALLY 'OTHER'
forieqner BORN.

THEY STARTED WRITING CHRONOS
WITH LIES TRYING TO MAKE ME
LOOK CRAZY.

DEPARTMENT OF CORRECTIONS AND REHABILITATION
CDC 128G (Rev. 12/91)

| | | |
|---|---|---|
| NO: F-25873 | NAME: KABEDE, Wondiyard | Housing: A8-207 |
| Custody: MED A | CS: 139 (IV) | A1A Eff. 03/04/04 | Assignment: PIA OPTICAL |
| RelDate: MEPD 09/13/2004 | Reclass: 11/08 | Action:  CPP. D/C CLEAR. |

Inmate Kabede appeared before PBSP Facility A UCC on this date for Program Review. Prior to Committee, Correctional Counselor I Skillen was assigned as a staff assistant, interviewed S at least 24 hours prior to Committee per the CCR, Section 3315 (d)(2)(A), and was present during Committee. The staff assistant was assigned for the following reason: CCCMS level of care. S has a current RGPL score of 11.4. S is currently assigned to OPT-1-A.145. **Committee acts to continue custody level at MED A, continue WG/PG A1A effective 03/04/04, and continue present program at PBSP IV GP. S was reviewed and cleared for double celling noting no 12/24/06, Victim of Battery (in-cell), which is insufficient to establish single cell status.** S agrees with his current double cell assignment and states he can be housed with Black ethnic groups. S is currently celled with inmate Wynn, V-86067, and states they are compatible. During Committee S was advised to notify staff immediately of any enemy situation which may arise. Placement score remains at a Level IV score of 139 points. S has a current IV score of 19 is noted for VIO. S meets 270 design housing criteria. Committee notes CDC 128C, Mental Health Screening chrono, dated 09/05/07, denoting CCCMS level of care. DDP Review: 128C is in C-file; NCF. S participated in Committee, acknowledged understanding, and agreed with Committee action. There have been no changes in case factors since Initial Classification chrono. S is eligible to work around computers, computers systems, or to be in areas that may have access to personal information per PC 2702, PC 502, or PC 5071. PC 2930 and 2933 complied with. S was advised of Committee's decision and his right to appeal, and that any appeal of this Committee action must be submitted within 15 working days of this date, whether he has received the CDC Form 128G Classification chrono or not. BPH SUB # 14 Hearing scheduled in 03/2008. Next scheduled Committee will be in 11/08 for Annual Review.

CHAIRPERSON: K. MCGUYER/FC
(4) FC(A)

☐OBIS ☐CSR ☐IGI ☐PSYCH ☐MED ☐ OTHER

D. SWEARINGEN /CCII

RECORDER: D. MELTON/CCI

REPRODUCED on. 4/17/08 AS
ORIGINAL WAS MISSING From C-file.
Swearingen

Committee Date: 01/18/08   (MELTON/ew)   Classification   FAC A UCC   PROGRAM REVIEW   Inst: PBSP

I NEVER SAID OR AGREE TO DOUBLE CELL WITH ANY PRISONER, BUT SINCE THEY DIDNT LEAVE ME NO CHOICE, I STAYED TEMPORALLY WITH NONE GANG MEMBER ETHNICALLY 'OTHER' INMATES. SUDDENLY THE KEPT ON WRITING NEW CHRONO WITH LIES. ON 3/9/08 I SENT A chrono AND LETTER TO YOUR CLERK HOW THEY LIED BEFORE THE MEDIATION OF THIS CASE. AGAIN LOOK THIS SUPOSE TO BE THE SAME CHRONO WRITTEN ON 1/18/08. IT SAYS he don't LIKE BLACK PRISONERS, IT'S AMAZING.