Pages 1 - 8

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

Before The Honorable Nandor J. Vadas, Magistrate Judge

```
WONDIYARD KABEDE,              )
                               )
          Plaintiff,           )
                               )
   VS.                         )     NO. C 07-3656 MJJ (PR)
                               )
WARDEN ROBERT A. HOREL;        )
CORRECTIONAL OFFICER M. CLEARY )
CORRECTIONAL LIEUTENANT D.     )
WEBSTER; CORRECTIONAL          )
LIEUTENANT M. MILLER,          )
                               )
          Defendants.          )
_____ )
```

                        San Francisco, California
                        Tuesday, March 18, 2008


**TRANSCRIPT OF PROCEEDINGS**

**APPEARANCES**:

For Plaintiff:

                    WONDIYARD KABEDE
                    In Forma Pauperis


For Defendants:

                    OFFICE OF THE ATTORNEY GENERAL
                    State of California
                    455 Golden Gate Avenue - Room 11000
                    San Francisco, California  94102
             BY:    **DAMON GRANT MCCLAIN**
                    **Attorney at Law**

Also Present:       **KAYE BASSETT, Staff Counsel CDCR**
                    **DR. WILMER HECHANOVA, Dentist**
                    **WILLIAM BARLOW, Litigation Coordinator**


Reported By:        Kelly Lynn Bryce
                    Court Reporter Pro Tem

            Computerized Transcription By Eclipse

1     <u>Tuesday - March 18,2008</u>

2

3            **THE COURT:**  Calling the matter for the United States

4     District Court for the Northern District of California,

5     San Francisco Division, Wondiyrad Kabede, plaintiff, versus

6     Warden R. Horel, et cetera, defendants, C 07-3656 MJJ.

7            Will the parties state their appearances for the

8     record?  Mr. Kabede, will you state your name?

9            **MR. KABEDE:**  Wondiyrad Kabede.

10           **THE COURT:**  And you are the plaintiff?

11           **MR. KABEDE:**  Yes.

12           **THE COURT:**  Counsel?

13           **MR. MCCLAIN:**  Damon McClain with the California

14    Attorney General's Office for the defendants.

15           **THE COURT:**  CDCR present?

16           **MS. BASSETT:**  Yes.  Kaye Bassett for the Department

17    of Corrections and Rehabilitation.

18           **THE COURT:**  With me this morning, or I should say

19    this afternoon, is Dr. Hechanova, prison dentist for Pelican

20    Bay State Prison, and William Barlow --

21           **MR. BARLOW:**  -- litigation coordinator for the

22    Pelican Bay State Prison.

23           **THE COURT:**  Gentleman, it is my understanding that

24    we have reached a settlement in this matter.

25           Mr. McClain, could you state the settlement for the

1   record?

2           **MR. MCCLAIN:**  Okay.  First of all, with respect to

3   Mr. Kabede's housing concerns, my client has agreed to put a

4   special memo, which, I believe, will be in the form of a 128

5   chrono in the Central File that will explain that Mr. Kabede is

6   ethnically an Ethiopian, that he prefers to be housed with

7   other ethnic Ethiopians or with inmates classified as

8   "ethnically other," and that he prefers not to be housed with

9   African Americans who are involved in gang activity.

10          And that chrono will go into the C-File and it will

11  be placed in the C File in such a way that future

12  classification committees will be aware of it and will take it

13  into consideration when deciding Mr. Kabede's housing

14  situation --

15          **THE COURT:**  I'll just interrupt -- Counsel, I'll

16  just interrupt for a moment.  My understanding is that

17  Mr. Barlow will assist in seeing that that memorandum is

18  appropriately placed in the C File and that also Mr. Kabede

19  gets a copy of that memorandum for his files.

20          **MR. BARLOW:**  Yes.  And it needs to be in the form of

21  a memorandum versus a chrono.  We will turn it into a chrono at

22  the first classification committee following that.

23          **MR. KABEDE:**  One more thing I want to say.  Black

24  and white and Mexican inmates automatically in Level 4 prison

25  staff are gang member whether they like it or not.  This is

1    what I'm saying.  All the other ethnics are not considered

2    other gang members, you know.

3           **THE COURT:**  That's part of the memorandum that was

4    talked about.

5           Part two, the dental portion?

6           **MR. MCCLAIN:**  Part two, the dental concerns that

7    Mr. Kabede has.  The dentist at Pelican Bay State Prison will

8    go ahead and perform the dental procedures on Mr. Kabede's

9    tooth number 12 and tooth number 8 that have been previously

10   offered.

11          In a nutshell what those procedures entail is the

12   removal of tooth number 12, a denture to take its place, and

13   the creation of an overdenture to go over what remains of tooth

14   number 8.

15          Do I have that right, Dr. Hechanova?

16          **MR. HECHANOVA:**  That is in the record as being

17   offered to him, yes.  But it's unclear to me as to whether

18   Mr. Kabede now wants number eight extracted.

19          **MR. KABEDE:**  No, I don't really want it to be

20   extracted.  They can give me the partial.

21          **MR. HECHANOVA:**  Okay.  He states that he does not

22   want number 8 extracted.

23          **MR. KABEDE:**  I'm going to end up getting it fixed

24   when I get out.  Okay.

25          **MR. HECHANOVA:**  And number 12 --

1       **MR. KABEDE:** I think you can give me partial

2  (inaudible) without extracting them. You know what I mean? I

3  think it's possibly it can be done. All you got to do is just

4  file off a little bit out of there so it can stay there for a

5  while.

6       **MR. HECHANOVA:** Not the best practice regarding

7  number 12 but can be done, yes, sir.

8       **THE COURT:** And are you willing to do that doctor if

9  Mr. Kabede asks for it?

10      **MR. HECHANOVA:** As long as Mr. Kabede understands

11  that tooth number 12 does have an existing abscess that could

12  be exacerbated at any time and cause discomfort.

13      **MR. KABEDE:** Okay. If it causes discomfort, then

14  pull it out. I'm not going to complain about that. I only

15  said that it mattered because you told me it could be fixed

16  with a bridge.

17      **THE COURT:** Okay.

18      **MR. KABEDE:** But about my housing is one and my

19  safety is very concerned. There are some people here trying to

20  get me killed, so --

21      **THE COURT:** Mr. Kabede, we've agreed -- the parties

22  have agreed to put a memorandum into your file to alert

23  Housing, you'll get a copy of it, and so that in the future

24  that you remain with others that are ethnically appropriate for

25  your situation.

1          **MR. KABEDE:**  Okay.  Well, I'm going to see if it

2   works.  If it's not going to work, then I'm going to go ahead

3   and deal with it a different way.  You know what I mean?

4          **THE COURT:**  All right.  1543 waiver.

5          **MR. MCCLAIN:**  Yes.  The settlement agreement will

6   also include a waiver of Section 1543, I believe that's the

7   California Code of Civil Procedure, which means that Mr. Kabede

8   is waiving any unknown claims related to this lawsuit that he

9   doesn't know about now.  That's just a standard part of any

10  settlement agreement that CDCR enters into.

11         **THE COURT:**  Okay.  Is --

12         **MR. MCCLAIN:**  I guess -- I'm sorry.  I guess I just

13  want to make sure that everybody is clear on what we're going

14  to do per the dental procedures.

15         Mr. Kabede, do you agree that tooth number 12 should

16  just be extracted?

17         **MR. KABEDE:**  I don't know what I want to do.  I'll

18  deal with that personally with the dentist.  Okay.  If it's

19  going to be extracted, if it give me problem; otherwise, it can

20  stay there with a partial, you know, and then try to get it

21  fixed when I get out of here.

22         **THE COURT:**  Well, the settlement, I think, so it's

23  clear, is that Mr. Kabede agrees that the procedures, as

24  outlined by the dentist this afternoon regarding his teeth,

25  will be satisfactory; and he understands that that is the level

1  of care that is required by Pelican Bay State Prison.

2          **MR. KABEDE:**  Yeah.

3          **MR. MCCLAIN:**  Okay.  That sounds good, Your Honor.

4  Thank you.

5          **THE COURT:**  All right.  Is this the settlement on

6  behalf of the defendants?

7          **MR. MCCLAIN:**  It is, Your Honor.

8          **THE COURT:**  Mr. Kabede, do you agree to the

9  settlement today?

10         **MR. KABEDE:**  I think so.

11         **THE COURT:**  Well, you have to say yes or no.

12         **MR. KABEDE:**  Yeah.

13         **THE COURT:**  All right.  Further, it should be noted

14 that this is the settlement.  Documents may be exchanged by the

15 parties to memorialize this settlement; however, that's not

16 necessary.  What we put on the record today is the actual

17 settlement in the matter.  The matter then will be returned to

18 the District Court for dismissal and the filing of a settlement

19 agreement.

20         Do you understand that, Mr. Kabede?

21         **MR. KABEDE:**  Yeah.

22         **THE COURT:**  Anything further?  Counsel?

23         **MR. MCCLAIN:**  No, Your Honor.

24         **THE COURT:**  All right.  Then the matter is resolved

25 and returns to the District Court as resolved.  You should be

1  getting some paperwork in the mail within a few days.

2          **MR. KABEDE:**  Supposed there is a problem -- a

3  housing problem, I end up in Ad Seg, the Courts will give me

4  some kind of attention in this matter?  Because there will be

5  some problems.

6          **THE COURT:**  Only if they do not follow what has been

7  agreed to today, Mr. Kabede.

8          **MR. KABEDE:**  Okay.  I got it.

9          **THE COURT:**  All right.

10          **MR. KABEDE:**  Yeah.

11          **THE COURT:**  All right.  Anything further, gentleman?

12          **MR. MCCLAIN:**  No, Your Honor.

13          **THE COURT:**  All right.  Thank you.

14                  (Proceedings adjourned)

15

16

17

18

19

20

21

22

23

24

25

**CERTIFICATE OF REPORTER**

I, KELLY BRYCE, Court Reporter for the United States Court, Northern District of California, hereby certify that the foregoing proceedings in C 07-3656 MJJ (PR), Wondiyrad Kabede v. Robert Horel, et al., were transcribed by me, a shorthand reporter, under my direction into typewriting; that the foregoing is a full, complete and true record of said proceedings as bound by me at the time of filing.

The validity of the reporter's certification of said transcript may be void upon disassembly and/or removal from the court file.

/s/  Kelly Bryce

Kelly Bryce, Court Reporter

Wednesday, May 14, 2008