6/15/08

FILED
08 JUN 18 PM 1:5
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
DISTRICT OF CALIFORNIA

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

WONDIYRAD KABEDE
    PLAINTIFF

V.

ROBERT HOREL,
PELICAN BAY PRISON
WARDEN, et. al.,
    DEFENDANTS

CASE NO: C07-03656 MJJ

MOTION: AS YOUR COURT ORDER OF CONDITIONAL DISMISSAL OF 3/25/08, I AM REQUESTING COURT TO RE-REVIEW THE MATTER OR SET THIS CASE FOR TRAIL FOR BELOW MENTIONED REASONS.

1- AS MY LETTER TO YOUR COURT CLERK'S ON 4/6/08 WITH COPY OF NEW RULE FROM STATE OF CALIFORNIA DIRECTOR OF CORRECTION, I HAD EXPLAINED HOW THE MEDIATION WAS SABOTAGED BY CALIFORNIA ATTORNEY GENERALS OFFICE. THE CASE WAS FILED BECAUSE MY LIFE WAS IN DANGER, AS ORIGINALLY THIS CASE IS FILED AS CASE # C-07-01224 MJJ. AGAIN ON 4/17/08, I WROTE SIMILAR LETTER TO THE HONORABLE JUDGE IN THIS MATTER HOW THE MEDIATION WAS SABOTAGED AND ASKING HIM TO RE-REVIEW THE MATTER, WHICH HIS ORDER OF 3/25/08 SHOWS THE INTREST OF JUSTICE, THAT THE FOREGOING ORDER SHALL STAND VACATED AND THIS CASE WILL FORTH WITH BE RESTORED TO THE CALENDAR TO BE SET FOR TRAIL.

2- I HAVE ENCLOSED COUPLE OF HAND COPIED PRISONER GRIEVANCE (CDC 602 APPEAL) ONE WILL SHOW HOW PRISON REFUSED TO GIVE INNCIDENT REPORT COPY, WHICH I SUPOSE TO ATTACH IT TO THIS MOTION, BECAUSE THIS CASE WAS ORIGINALLY FILED WITHOUT THE INNCIDENT REPORT, WHICH SIMPLIFY FOR THE HONORABLE JUDGE TO MAKE A DECISION FOR THIS CASE AND MOTION. THE OTHER CDC 602 APPEAL WILL SHOW, HOW I AM DIS-COMMUNICATED TO GET

1

1. ME KILLED USING MENTALLY ILL CELLMATE.
2. I AM HOPING VERY MUCH YOUR COURT
3. WILL ORDER TO PRODUCE THE ENTIRE
4. INCIDENT REPORT OCCURED ON 12/24/06
5. X-MASS EVE TO REVIEW BEFORE MAKING
6. DECISION IN THIS MOTION.
7.    I AM HUMBLY PRAY IN FRONT YOUR COURT
8. TO STOP THE ABUSE MENTIONED IN THE ABOVE
9. CASES FROM REPEATING AND TO REREVIEW
10. THE CASE OR LET THE JURY-TRAIL ADRESS
11. THE ISSUE.
12.    VERY RESPECTFULLY SUBMITTED:
13. 6/15/08  _Wondiyrad Kebede_
14. PLAINTIFF ← WONDIYRAD KABEDE
15. E-25873 — PRISON ID #
16. PELICAN BAY STATE PRISONER
17. P.O. BOX — 7000
18. CRESCENT CITY, CA.

20. FOOT NOTE:
21. AS YOUR COURT ORDER THE DEFEDANTS
22. ATTORNEY ANSWERD TO MY COMPLAINT ON
23. OCTOBER 17, 2007, DEMANDING FOR JURY
24. TRAIL.
25.    FOR ANY REASON IF THE YOUR COURT
26. ORDER JURY TRAIL, I AM ASKING YOUR
27. COURT TO ORDER PROTECTION FOR ALL
28. MY LEGAL-DOCUMENTS IN MY POSISTION.

[Left margin, vertical text:] SINCE THIS CASE IS VERY DELICATE MATTER AGAINST PELICAN BAY-PRISON STAFF I AM NOT ASKING THEM TO COPY. I AM HUMBLY ASKING YOUR CLERK'S OFFICE TO PROVIDE COPY FOR DEFEDANT ATTORNEY.

## INMATE APPEAL ASSIGNMENT NOTICE

Date: June 5, 2008

To: INMATE KABEDE, E25873
    Current Housing: AF08U 000000207L

From: INMATE APPEALS OFFICE

Re: APPEAL LOG NUMBER: PBSP-A-08-01579

ASSIGNED STAFF REVIEWER: AW-GP
APPEAL ISSUE: MAIL
DUE DATE: 07/18/2008

Inmate KABEDE, this is notice to you that your appeal has been sent to the above staff for FIRST Level response. If you have any questions, contact the above staff member. If dissatisfied, you have 15 days from the receipt of the response to forward your appeal for SECOND Level review.


C. E. WILBER
Appeals Coordinator
Pelican Bay State Prison

IF IT IS MY CHOICE I WANT TO LIVE IN PRISON CELL ALONE. I SUPOSE TO BE FREE OUT OF PRISON. IN THE COMPLAINT I HAD REQUESTED YOUR COURT TO ORDER TO TRANSFER ME TO FEDERAL PRISON, SO I LIVE IN THE CELL ALON I AM TOTALLY DIS COMMUNICATED, THE PRISON OFFICIALS WEAPON TO GET ME KILLED IS BY MENTALLY ILL cellmate. I AM 57 YEARS OLD MAN AND PHISICALLY NOT NORMAL FROM WHAT IS DONE TO MY BODY WITH BIOTECH-MICHRO-CHIP WHICH CHANGED MY BODY MASS TEMPORALLY SOME PEOPLE WHO KNEW ME STAY WITH SO I DON'T GET SET-UP WITH MENTALLY ILL WITH OUT HAVING SEX. I WANTED TO LIVE ALONE IN PRISON CELL FROM TIME I ARRIVED IN PRISON. PLEASE LOOK AT MY VERY 1ST COMPLAINT AT YOUR COURT # C-91-1085-EMS

*CANNOT BE COPIED BECAUSE THIS 602 WILL NOT BE Consider Legal untill 2ND LEVEL IS EXUASTED FOR US TO BE ALOWED TO COPY.*

**INMATE/PAROLEE APPEAL FORM**
CDC 602 (12/87)

Location: Institution/Parole Region  Log No.  Category

1. _____   1. _____
2. _____   2. _____

You may appeal any policy, action or decision which has a significant adverse affect upon you. With the exception of Serious CDC 115s, classification committee actions, and classification and staff representative decisions, you must first informally seek relief through discussion with the appropriate staff member, who will sign your form and state what action was taken. If you are not then satisfied, you may send your appeal with all the supporting documents and not more than one additional page of comments to the Appeals Coordinator within 15 days of the action taken. No reprisals will be taken for using the appeals procedure responsibly.

| NAME | NUMBER | ASSIGNMENT | UNIT/ROOM NUMBER |
|---|---|---|---|
| WONDIYRAD KABEDE | E-25873 | OPTICAL | A-8-207 |

**A. Describe Problem:** FOR THE PAST TWO YEARS I SENT SIX CONFIDENTIAL LEGAL-MAILS TO ETHIOPIAN EMBASSY AT WASHINGTO D.C. AND ETHIOPIAN CONSLATE AT LOS ANGELES. SINCE I DIDNT GET RESPONSE I ASKED MR. HALBERT CCI, MR. SWEARENGINE CCII, AND CAPTAIN McGUYER TO ASSIST ME TELEPHONE THE ABOVE AGENCIES, I WAS DENIED EVEN I OFFERED TO PAY THE PHONE BILL OUT OF MY TRUST ACCOUNT. I ASKED MR. HALBERT-CCI TO PROCESS MY LEGAL-MAIL TO THE EMBASSY WITH CERTIFIED MAIL AND HE REFUSED TO PROCESS IT. I AM NOT SUPOSE TO BE DISCOMMUNICATED-TOTALLY.

If you need more space, attach one additional sheet.

**B. Action Requested:** THE ABOVE AGENCIES AND MY FAMILY TELEPHONE LINES ARE BLOCKED BY PELICAN BAY PRISON USEING MCI SYSTEM, WHICH IS A CONSPIRACY TO GET ME KILLED. I AM DEMANDING TO GET ASSISTED IN ALL MY TELEPHONE CALLS, AND TO SEND MY MAILS CERTIFIED.

Inmate/Parolee Signature: *Wondiyrad Kebede (ETHIOPIAN)*   Date Submitted: 5/28/08

**C. INFORMAL LEVEL** (Date Received: _____)

Staff Response: _____

Staff Signature: _____  Date Returned to Inmate: _____

**D. FORMAL LEVEL**
If you are dissatisfied, explain below, attach supporting documents (Completed CDC 115, Investigator's Report, Classification chrono, CDC 128, etc.) and submit to the Institution/Parole Region Appeals Coordinator for processing within 15 days of receipt of response.

Signature: _____  Date Submitted: _____

Note: Property/Funds appeals must be accompanied by a completed Board of Control form BC-1E, Inmate Claim

CDC Appeal Number: _____

HAND COPIED
Case 3:07-cv-03656-MJJ   Document 19   Filed 06/18/2008   Page 5 of 10
I didn't get reciept yet if logged.

**INMATE/PAROLEE APPEAL FORM**
CDC 602 (12/87)

| Location: Institution/Parole Region | Log No. | Category |
|---|---|---|
| 1. | 1. | |
| 2. | 2. | |

You may appeal any policy, action or decision which has a significant adverse affect upon you. With the exception of Serious CDC 115s, classification committee actions, and classification and staff representative decisions, you must first informally seek relief through discussion with the appropriate staff member, who will sign your form and state what action was taken. If you are not then satisfied, you may send your appeal with all the supporting documents and not more than one additional page of comments to the Appeals Coordinator within 15 days of the action taken. No reprisals will be taken for using the appeals procedure responsibly.

| NAME | NUMBER | ASSIGNMENT | UNIT/ROOM NUMBER |
|---|---|---|---|
| WONDIYRAD KABEDE | E-25873 | OPTICAL | A-8-207 |

A. Describe Problem: SOME TIMES IN JANUARY 2007, I REQUESTED MEDICAL RECORDS 'A' FACILITY PROGRAM, AND PBSP SCI OFFICE TO SEND ME ENTIRE COPY OF REPORT WITH COPY OF PICTURES TAKEN ON 12/24/06 X-MASS EVE FOR THE INCIDENT OCCURED. I DIDN'T GET RESPONSE, EVEN THOUGH SIGNED TRUST-WITHDRAWL FORM ATTACHED TO MY REQUEST FOR INTERVIEW. I RE-WROTE MEDICAL RECORD AGAIN SIMILAR REQUEST, AND THIER RESPONSE IS ATTACHED. I WAS TAKEN TO OUTSIDE HOSPITAL WHEN THE INCIDENT OCCURED.

If you need more space, attach one additional sheet. COPY OF THIS 602 WILL BE SENT TO FEDERAL COURT AND LAW OFFICES.

B. Action Requested: IT IS A BIG SHAME I HAVE TO FILE 602 APPEAL IN ORDER TO OBTAIN INCIDENT REPORT FROM PELICAN BAY PRISON STAFF. AS EXPLAINED ABOVE I NEED COPY OF COMPLETE REPORT WITH PICTURES. I HAVE BEEN AT PELICAN BAY SINCE DECEMBER 18/1990.

Inmate/Parolee Signature: Wondiyrad Kebede    Date Submitted: 6/12/08

C. INFORMAL LEVEL (Date Received: _____ )

Staff Response: _____

Staff Signature: _____    Date Returned to Inmate: _____

D. FORMAL LEVEL
If you are dissatisfied, explain below, attach supporting documents (Completed CDC 115, Investigator's Report, Classification chrono, CDC 128, etc.) and submit to the Institution/Parole Region Appeals Coordinator for processing within 15 days of receipt of response.

Signature: _____    Date Submitted: _____

Note: Property/Funds appeals must be accompanied by a completed Board of Control form BC-1E, Inmate Claim

CDC Appeal Number: _____

Case 3:07-cv-03656-MJJ  Document 19  Filed 06/18/2008  Page 6 of 10

**Pelican Bay State Prison**  
**Operational Procedure No. 205**  
**Inmate Mail**

Page 29  
July 2007

        to be received. Cards may not be musical, electronic, voice-recorded, or include glitter, plastic, or reflective material or exceed 8 ½ x 11 in size.

7. Materials with stickers, glitter, whiteout, lipstick, perfume, or reflective plastic on them will be disallowed.

BB. Certified Mail

1. An inmate may be allowed use of the certified mail service only if proof of delivery requirement is evident. The proof of delivery requirement can be evidenced in the following manner:

   *[handwritten annotation: "Why only this?"]*

   a. Court Order for filing or responding to legal action.

   b. Proof of service for divorce papers.

   c. Unusual circumstances in which the need for this service is clearly existent.

2. It will be the responsibility of the inmate's CCI to make the determination that this service is necessary, and the inmate meets all the requirements for this service. The inmate will provide his CCI with a CDCR 193 to pay for the mailing charges. All charges will be paid for by the inmate and not by the State of California or CDCR. The CCI prepares all appropriate receipts (which must list the inmate's name, CDCR identification number, and housing) and routes the mailing to the Mailroom. The Mailroom will provide the inmate's CCI with the certification receipt and it is the CCI's responsibility to verify that this mailing is initiated with the CCI's knowledge. The Mailroom staff will deliver the prepared correspondence to the U. S. Postal Service in Crescent City, California, for delivery.

3. Incoming certified and/or registered mail will be logged at the back of the addressee's mail card. The receipt will be signed by Mailroom staff and mailed back to the sender. Should the mail arrive "Deliver to Addressee Only," the inmate will be required to sign for the letter in the Legal Log.

   *[handwritten annotation: "unbelievable"]*

4. Inmates cannot receive certified, registered, or return receipt requested receipts from any other service or individual other than the Mailroom staff routed through the CCI's.

5. Mailroom staff will not process outgoing mail for registered service, U. S. Postal Service's overnight mail service (Express Mail), priority or any other type of express mail service for inmates. The Mail Room will process incoming priority or express mail for inmates following the procedures established for 1st class mail.

CC. Trust Account Withdrawals

Inmates may use a CDCR 193 to pay for postage or other expenditures within the prison. Mailroom staff will verify funds utilizing the DDPS for any trust account withdrawal orders submitted over $.39, for services to the Mailroom. The cost of postage for mailing documents to the courts will be charged against an inmate's trust account unless the inmate is without funds at the time the material is

Case 3:07-cv-03656-MJJ    Document 19    Filed 06/18/2008    Page 7 of 10

**Pelican Bay State Prison**  
**Operational Procedure No. 205**  
**Inmate Mail**

**Page 30**  
**July 2007**

  submitted for mailing and remains without funds for 30 days after the documents were mailed. Mailroom staff will enter the postage charge on the inmate's CDCR 193 and forward it to the Trust Office.

DD. Photographs

  Photographs received at PBSP will be excluded when they contain depictions in which genitalia of either gender and/or the breast of a female are exposed.

  Inmates may receive photographs by mail, not to exceed 8½" x 11" in size. For security reasons, the photographs received from correspondents may not be framed in such a manner that they cannot be adequately searched nor have backings attached to them.

  Inmates will not be allowed to receive Polaroid photographs, negatives, or slides from correspondents. Mail received with these items will be returned to sender according to this procedure.

  Inmates in the GP and Level I will be allowed to keep Polaroid photographs taken inside the prison through authorized programs. If an inmate receives his own disapproved correspondence back, undelivered, and it contains Polaroid photographs, he will not be allowed to have these forwarded to him. Via the CDCR 1819 process, the inmate may provide an address to forward the photo(s) to someone else.

  Albums are available through the Canteen, but <u>are not</u> acceptable by mail or in packages.

  Number of photographs allowed per mailing is as follows:

| | |
|---|---|
| General Population/Level I | Limit of 20 per mailing |
| PSU/SHU | Limit of 20 per mailing |
| ASU | Limit of 10 per mailing |

  If more than the allotted amount of photographs is received, custody will determine which are returned to sender.

EE. Maps

  Maps may not exceed 12" x 12" in size, unfolded. Maps depicting areas within a 10 mile radius of any institution will not be allowed in the mail. Mailings received with unacceptable maps enclosed will be processed per procedure via the CDC 1819 process.

FF. Mail With or Without Housing

  Mail sent to an inmate must have his current housing cell assignment listed on the envelope. If the housing assignment is incorrect, the facility will reroute the mail to the correct housing. If no housing cell assignment is listed on the

## PROOF OF SERVICE BY MAIL
### CCP §§ 1013A & 2015.5(b)

(Caption) WONDIYRAD KABEDE v. ROBERT HOREL, et, al.,   (Case No.) C07-03656 MJJ

1. I, the undersigned, do hereby declare that i am not citizen of the United States, over the age of 18 years old, and not a party to the above captioned cause, and that my mailing address is P.O. BOX 7000, CRESCENT CITY, CALIFORNIA 95532 PELICAN BAY STATE PRISON

2. That I served a copy of the document entitled as follows: REQUEST COURT CLERK'S OFFICE TO GIVE COPY TO DEFENDANTS ATTORNEY, BECAUSE PAST COPY COMPLICATION IN THIS MATTER.

3. That I am readily familiar with the business practice for the collection and processing of pro-se litigant correspondence for mailing with the United States Postal Service. That the item, stated in item 2, supra, was deposited with the United States Postal service on the date and place indicated at item 4, in the ordinary course of prisoner mail. That the most current address known to be the proper and correct address associated with the person and/or office served as shown on the envelope. That a copy of the above document was served on each party of the above proceeding or that part's counsel, and on every other person required to be served. That the envelopes so addressed were sealed postage thereon fully prepaid at the first class postage rate.

4. Date of deposit: 6/15/08
   Place of deposit: HANDED TO OFFICER TO DEPOSIT IT TO PRISON MAIL ROOM

I DECLARE UNDER THE PENALTY OF PERJURY UNDER THE LAWS OF THE STATE OF CALIFORNIA THAT THE FOREGOING IS TRUE AND CORRECT.

EXECUTED ON THIS 15TH DAY OF JUNE AT CRESCENT CITY, CALIFORNIA

DATE: 6/15/08        DECLARANT/FOR PROOF OF SERVICE
                     WONDIYRAD KABEDE

### NAME AND ADDRESS OF EACH PERSON TO WHOM NOTICE WAS MAILED *

[1] TO: THE CLERKS Office
U.S. DISTRICT COURT
FOR NORTHERN DISTRICT
OF CALIFORNIA.
450 GOLDENGATE AVE. BOX 36060
San Francisco, CA. 95532

[2] Copy will be provided by the Court Clerk to the Defendants Attorney.

<u>NOTE</u>   6/15/08

Dear Clerk!

Please file this attach&motion and let me know some type of way it's filed. Please add the charge for copy I request for defendant's Attorney from my prison account.

Again I want to know if the total amount is payed in my case # C-05-3693-MJJ (PR), your office order to back pay in the notice of appeal filing fee, which I sent $145.00 dollars from my prison trust account and requesting your office to give me credit for $110.00 that I was charged by mistake in my Habeas Corpus case # C-93-1933 FMS.

Your office didn't let me know if I am given credit or to send the rest amount. Please do let me know.

Thank you for your assistance

Very Respectfully,

Wondiyrad Kebede

WONDIYRAD KABEDE

WONDIYRAD KABEDE-E-25873
PELICAN BAY STATE PRISON
P.O. BOX-7000-A8-207
CRESCENT CITY, CA. 95532

TO: THE CLERK'S OFFICE OF
U.S. DISTRICT COURT
FOR NORTHERN DISTRICT OF CALIFORNIA
MR. RICHARD W. WIEKING-CLERK
450 GOLDEN GATE AVE. BOX-36060
SAN FRANCISCO, CALIFORNIA.

CONFIDENTIAL
LEGAL-MAIL