FILED
08 SEP -2 PM 3:08

8/28/08

IN THE UNITED STATES DISTRICT COURT
FOR NORTHERN DISTRICT OF CALIFORNIA.

WONDIYRAD KABEDE
PLAINTIFF

v.

PELICAN BAY PRISON
WARDEN HOREL, ET.al
DEFENDANTS

No. C-07-3656 M.J.J

MOTION: FOR ADDITIONAL
DOCUMENT REQUESTING
COURT TO REVIEW.

THIS MATTER WAS ORIGINALLY FILED WITH YOUR COURT ORDER AS PRISON OFFICIALS VIOLATION OF THE 8TH AMENDMENT (CRUEL & UNUSSUALL PUNISHMENT.)

ON 6/18/08 YOUR CLERK'S OFFICE FILED MY MOTION REQUESTING JURY TRIAL IN THIS CASE AGAIN I AM HUMBLY ASKING FOR YOUR COURT ADDITIONALLY TO REVIEW THE ATTACHED CDC 602 APPEAL (PRISONER GRIEVANCE) CONTAINS OUTRAGOUS ISSUES AND MY SITUATION.

I AM TOTALLY DISCOMMUNICATED FROM MY FAMILY AND THE OUTSIDE FREE WORLD.

SINCE THIS MATTER IS DELICATE, IN ORDER INORDER TO AVOID COMPLICATIONS WITH THE PRISON OFFICIALS, I WILL APPRECIATE IF YOUR CLERK'S OFFICE TO MAKE COPY FOR THE DEFENDANTS DEPUTY ATTORNEY GENERAL, AND NOTIFY ME WITH NOTE THIS MOTION IS FILED TO BE REVIEWED.

PLEASE ORDER THE PRISON OFFICIAL TO SEND THE COST FOR THE COPY OUT OF MY PRISON TRUST ACCOUNT.

VERY RESPECTFULLY SUBMITTED:

[signature]

WONDIYRAD KABEDE. E25873
PELICAN BAY STATE PRISONER
P.O. BOX 7000
CRESCENT CITY, CA 95532

CASE# C-07-3656-MJJ

## CERTIFICATE OF SERVICE.

I, THE UNDERSIGNED, hereby CERTIFY THAT I AM A PRISONER OF PELICAN BAY STATE PRISON ON 8/28/08 I MAILED THE ATTACHED MOTION TO THE CLERK'S OF: U.S. DISTRICT COURT FOR NORTHERN DISTRICT OF CALIFORNIA AT 450 GOLDEN GATE AVE, BOX-36060 SAN FRANCISCO, CA. 94102.
REQUESTED COPY TO BE SERVED TO THE DEFEDANT ATTORNEY:
DAMON G. MCCLAIN - DEPUTY ATTORNEY GENERAL
455 GOLDEN GATE AVE. SUITE 11000
SAN FRANCISCO, CALIFORNIA. 94102-7004

WONDIYRAD KABEDE
PRISONER I.D # E-25873
PELICAN BAY STATE PRISON
P.O. BOX - 7000
CRESCENT CITY, CA. 95532

EXCUTED: 8/28/08     Signature:

WONDIYRAD KABEDE

| PELICAN BAY STATE PRISON |
|---|
| SECOND LEVEL REVIEW |

DATE: AUG 2 1 2008

Inmate KABEDE, E25873
Pelican Bay State Prison
Facility A, General Population
Building 8, Cell 207

RE: WARDEN'S LEVEL DECISION                                           APPEAL: DENIED
    APPEAL LOG NO. PBSP-A-08-01579                                    ISSUE: MAIL

This matter was reviewed by ROBERT A. HOREL, Warden, at Pelican Bay State Prison (PBSP). On July 15, 2008, Correctional Counselor II (CCII) S. Walch conducted the interview at the First Level of Review.

## ISSUES

Inmate Kabede requests to be assisted in all his telephone calls and for all his mail to be sent certified.

## FINDINGS

### I

The inmate alleges in his appeal that over the past two years he has sent six confidential letters to the Ethiopian Embassy in Washington D.C. and Los Angeles. The inmate claims that he has not received any response from either embassy. Therefore, he asked Correctional Counselor I (CCI) W. Halbert, CCII D. Swearingen, and Correctional Captain K.L. McGuyer to assist him in calling these embassies, but his requests were denied. Additionally, the inmate asked CCI Halbert to process his legal mail to the embassy as certified mail, which was denied. The inmate also claims that the telephone lines to these agencies and his family are blocked by PBSP. He believes this is a conspiracy to get him killed.

### II

The inmate was dissatisfied with the First Level Response, alleging that there is a memorandum from the United States State Department and the State of California instructing all foreign born prisoners to contact their prison counselor in order to communicate with their embassy to get legal assistance. The inmate alleges that his legal mail to the embassy has been held and he has been denied sending out certified mail. The inmate also believes that it is PBSP and not the telephone company that has blocked all his telephone calls. The inmate contends that a telephone call to his embassy and family meets the criteria for a legal and urgent call, per the Department Operations Manual (DOM), Section 52060.9.

## DETERMINATION OF ISSUE

The California Code of Regulations, Title 15, Section 3282, Use of Telephones by Inmates, states in part, *"(a) For purposes of this section: (1) An 'emergency call' means a telephone call regarding the serious illness or injury, or the death of an inmate's immediate family member. (2) A*

Supplement Page 2
KABEDE, E25873
Appeal # PBSP-A-08-01579

*'confidential call' means a telephone call between an inmate and his/her attorney, which both parties intend to be private... (b) Facilities shall provide inmate telephones for use by general population inmates. Inmates may place collect telephone calls to persons outside the facility at designated times and on designated telephones, as set forth in local procedures. Limitations may be placed on the frequency and length of such calls based on the inmate's privilege group as outlined in section 3044, and to ensure equal access."*

The inmate's request does not meet the criteria for an emergency telephone call as he alleges, per the DOM, Section 52060.9. The DOM, Section 52060.9, Emergency Calls, states in part, *"An emergency is defined as a death, serious illness, or accident involving an immediate family member."*

The Operational Procedure No. 205, Inmate Mail, VI. Methods, BB. Certified Mail, states in part, *"1. An inmate may be allowed use of the certified mail service only if proof of delivery requirement is evident."*

A thorough investigation was conducted at the First Level of Review. A review of the inmate's Central File found that, on October 24, 2007, the Ethiopian Embassy in Washington D.C. was faxed a copy of the "Notification of Foreign National Incarcerated in the California Department of Corrections and Rehabilitation (CDCR)" forms. These forms were processed at your request by CCI Halbert and instruct the foreign consulate that, if they wish to arrange a visit with you, they are to call PBSP and make arrangements. Simply because the Ethiopian Embassies have not responded to the inmate's letters does not constitute a reason to have his letters sent out as certified mail. The Central File documents that the Facility A Unit Classification Committee, of December 21, 2006, informed the inmate that MCI is responsible for placing blocks on telephone service and not PBSP. The inmate was given information on the removal of blocks through MCI and was advised to notify his family of this procedure. The First Level of Review Response attached to the appeal copies of the fax sent to the Ethiopian Embassy and the information on how to resolve the issue with the telephones.

It is the telephone server and not PBSP that places blocks on telephone service. The inmate has been provided the information necessary to resolve the issue of the block on telephone service by MCI. It is the inmate's responsibility to notify his family of this procedure to resolve the problem. A telephone call to the embassy does not meet the criteria of an emergency or urgent telephone call, per procedures, and is DENIED. The inmate has been provided proof (copy of fax transmittal) that the Ethiopian Embassy has been notified that he is incarcerated in the CDCR. However, the inmate has failed to provide evidence that there has been any violation of regulations by staff with the processing of his outgoing mail to the Ethiopian Embassies. Although the inmate alleges that his letters to the Ethiopian Embassies have gone unanswered, he has not provided any evidence to support this claim. A proof of correspondence is not evident merely because the Ethiopian Embassy has chosen not to respond back to the alleged correspondence in question. The inmate's request to send his correspondences out to the embassies by certified mail is DENIED. This APPEAL IS DENIED.

Supplement Page 3
KABEDE, E25873
Appeal # PBSP-A-08-01579

## MODIFICATION ORDER

No modification of this decision or action taken is required.

ROBERT A. HOREL
Warden

NAT # 46    Date 08/19/08

*[handwritten at top:] ___ LEVEL EXUASTED As I was told By Brerian in past. Unless it's changed. I didn't checked again*

**INMATE/PAROLEE APPEAL FORM**
CDC 602 (12/87)

*[handwritten:] I HANDED ORIGINAL TO Mr. HALBERT-CCI*

Location: Institution/Parole Region **PBSP**

Log No. 403-61579    Category 3/-

**PELICAN BAY**
**G.P.UNIT A-8** *CCI OUT-OF*

You may appeal any policy, action or decision which has a significant adverse affect upon you. With the exception of Serious CDC 115s, classification committee actions, and classification and staff representative decisions, you must first informally seek relief through discussion with the appropriate staff member, who will sign your form and state what action was taken. If you are not then satisfied, you may send your appeal with all the supporting documents and not more than one additional page of comments to the Appeals Coordinator within 15 days of the action taken. No reprisals will be taken for using the appeals procedure responsibly.

| NAME | NUMBER | ASSIGNMENT | UNIT/ROOM NUMBER |
|---|---|---|---|
| WONDIYRAD KABEDE | E-25873 | OPTICAL | A-8-20 |

A. Describe Problem: FOR THE PAST TWO YEARS I SENT SIX CONFIDENTIAL-LEGAL-MAIL TO ETHIOPIAN EMBASSY AT WASHINGTON D.C. AND ETHIOPIAN CONSULATE AT LOS ANGELES. SINCE I DIDN'T GET RESPONS, I ASKED MR. HALBERT-CCI, MR. SWEARENGINE-CCII, AND CAPTAIN MCGUYER TO ASSIST ME TELEPHONE THE ABOVE AGENCIES, I WAS DENIED EVEN I OFFERED TO PAY THE PHONE BILL OUT OF MY TRUST ACCOUNT. I ASKED MR. HALBERT-CCI TO PROCESS MY LEGAL-MAIL TO THE EMBASSY WITH CERTIFIED MAIL AND HE REFUSED TO PROCESS IT. I AM NOT SUPOSE TO BE DISCOMMUNICATED-

If you need more space, attach one additional sheet.

B. Action Requested: THE ABOVE AGENCIES AND MY FAMILY TELEPHONE LINES ARE BLOCKED BY PELICAN BAY PRISON USING MCI SYSTEM, WHICH IS A CONSPIRAC TO GET ME KILLED. I AM DEMANDING TO GET ASSISTED IN ALL MY TELEPHONE CALLS, AND TO SEND MY MAILS CERTIFIED.

Inmate/Parolee Signature: *Wondiyrad Kebede- ETHIOPIAN*    Date Submitted: 5/28/08

C. INFORMAL LEVEL (Date Received: _____ )

Staff Response: _____

**BYPASS**

Staff Signature: _____    Date Returned to Inmate: _____

D. FORMAL LEVEL
If you are dissatisfied, explain below, attach supporting documents (Completed CDC 115, Investigator's Report, Classification chrono, CDC 128, etc.) and submit to the Institution/Parole Region Appeals Coordinator for processing within 15 days of receipt of response.

**BYPASS**

Signature: _____    Date Submitted: _____

Note: Property/Funds appeals must be accompanied by a completed Board of Control form BC-1E, Inmate Claim

CDC Appeal Number: _____

JUN 0 5 2008    AUG 0 4 2008
1ST AW-GP    2ND APPEALS

First Level  ☐ Granted  ☐ P. Granted  ☒ Denied  ☐ Other _____

E. REVIEWER'S ACTION (Complete within 15 working days): Date assigned: 6/5/08   Due Date: 7/18/08

Interviewed by: S. Walch - See Attached

Staff Signature: S. Walch   Title: CCII   Date Completed: 7/16/08

Division Head Approved:

Signature: _____   Title: _____   Returned Date to Inmate: 7/23/08

F. If dissatisfied, explain reasons for requesting a Second-Level Review, and submit to Institution or Parole Region Appeals Coordinator within 15 days of receipt of response.

THERE IS A MEMO FROM U.S. STATE DEP.; AND STATE OF CALIFORNIA SEAL INSTRUCT ALL FOREIGN BORN PRISONERS TO CONTACT OUR PRISON COUNSLER IN ORDER TO COMMUNICATE WITH OUR COUNTRY EMBASSY TO GET LEGAL ASSISTANCE. MY REGULAR LEGAL MAIL TO MY EMBASSY HELD. I AM DENIED TO SEND CERTIFIED MAIL. IT IS PBSP BLOCKED ALL MY TELEPHONE CALLS, NOT TELEPHONE COMPANY. OTHERWISE AS LEGAL CALL AND URGENT CALL CCI SUPPOSE TO ASSIST TO CALL THE EMBASSY AND MY FAMILY. ACCORDING DOM-52060.9.

Signature: Wondiyrad Belede   Date Submitted: 8/3/08

Second Level  ☐ Granted  ☐ P. Granted  ☒ Denied  ☐ Other _____

G. REVIEWER'S ACTION (Complete within 10 working days): Date assigned: 8/4/08   Due Date: 9/2/08

☒ See Attached Letter

Signature: N. Thrum CCII   Date Completed: 8-19-08

Warden/Superintendent Signature: _____   Date Returned to Inmate: 8/21/08

H. If dissatisfied, add data or reasons for requesting a Director's Level Review, and submit by mail to the third level within 15 days of receipt of response.

MY REGULAR LEGAL-MAILS HELD BY PBSP. DENIED TO SEND OUT LEGAL-MAIL CERTIFIED. ALL TELEPHONE CALLS BLOCKED BY PBSP FROM PRISONER TELEPHONE AND THEY BLAME TELEPHONE COMPANY. I AM TOTALLY DISCOMMUNICATED FROM MY FAMILY AND OUTSIDE WORLD, BECAUSE THEY DON'T NOONE KNOWS THEY TRYING TO GET ME KILLED. WHAT MENTIONED IN THE APPEAL SUPPOSE TO BE CONSIDERED FOR EMERGENCY TELEPHONE. CONTINUES ON ATTACH SHEET

Signature: Wondiyrad Belede   Date Submitted: 8/24/08

For the Director's Review, submit all documents to: Director of Corrections
P.O. Box 942883
Sacramento, CA 94283-0001
Attn: Chief, Inmate Appeals

---

DIRECTOR'S ACTION: ☐ Granted  ☐ P. Granted  ☐ Denied  ☐ Other _____
☐ See Attached Letter

Date: _____

CDC 602 (12/87)

H- SECTION OF 602 APPEAL CONTINUES:

CASE # 07-1224-MJJ AND #07-3656 MJJ FILED AT NORTHERN DISTRICT COURT AGAINST PBSP STAFF FOR ATTEMTING TO GET ME KILLED, WHICH THE CASE STILL PENDING.

ON 6/23/08 and 6/29/08 I MAILED AN ATTORNEY MY LEGAL-DOCUMENT, BPT HEARING TRANSCRIPTS AND COURT DOCUMENTS REQUESTING TO ASSIST ME IN THE ABOVE CASE AND IN MY BPT HEARING APPEAL. I THINK THE WARDEN HOLDING MY LEGAL-MAILS TO THE ATTORENY AS WELL AS MY EMBASSY. I STILL DIDN'T HEAR FROM THE ATTORNEY

THE ATTORNEY I SENT MY LEGAL-DOCUMENTS NAME IS BRANDIE DEVALL, ADRESS- 20687 Amat Rd. (Ste. 800), WALNUT, CA. 91789. IN CASE 3rd LEVEL WANT TO CHECK TELEPHONE NUMBER IS: (562) 726-6846 AND 839-0900 (626) AREA code

I WAS A VICTIM OF CELL FIGHT ON 12/24/06, WHICH WAS THE REASON I FILED COMPLAINT AT THE FEDERAL COURT TO BE IN SINGLE CELL STATUE. PURSUANT TITLE 15 - CCR #3269.d, I REQUESTED SINGLE CELL STATUE, WHICH I WAS DENIED BY U.C.C EVEN I GOT CASE PENDING AGAINST THEM AT THE FEDERAL-COURT. THIS SHOWS THAT THE CONSPIRACY TO GET ME KILLED, WHICH IS THE REASON I AM DISCOMMUNICATED.

THE ONLY LEGAL-MAIL LOGGED AT PBSP mail Room IS COURT LEGAL-MAILS, WHICH MAKE IT HARD FOR PRISONERS TO PROVE THAT WE SENT OUT LEGAL MAILS TO ATTORNIES AND ANY LEGAL AGENCIES.

3rd LEVEL SHOULD ORDER THE INCIDENT REPORT AND MY INJURY PICTURE FROM PBSP S & I OFFICE WITH THE LOCK-UP ORDER OF 12/24/06 AND 12/28/06, 12/30/06.

## INMATE APPEAL ROUTE SLIP

Date: June 5, 2008

To: AW-GP

From: INMATE APPEALS OFFICE

Re: Appeal Log Number PBSP-A-08-01579, by inmate KABEDE, E25873

Please assign this appeal to appropriate staff for FIRST Level response.

Appeal Issue: MAIL
Due Date: 07/18/2008
Special Needs:

STAFF INSTRUCTIONS:
Per the California Code of Regulations (CCR), Title 15, Section 3084.5(f)(2), states first level appeal review requires a personal interview with the inmate unless the appeal is granted. This policy is not within the institution's jurisdiction and cannot be waived. The CCR, Title 15, Section 3084.5(f)(3), provides that a telephonic interview may be conducted if the inmate is not available in person.

Begin the response with GRANTED, DENIED, PARTIALLY GRANTED, or WITHDRAWN. When completed, return the appeal to the Appeals Office. All First Level appeals require signature of the Division Head. Appeals that are incomplete will be returned for appropriate completion.

Refer to Department Operations Manual, Section 54100 for instructions.


C. E. WILBER
Appeals Coordinator
Pelican Bay State Prison

*Life threating mentioned for Emergency*

PELICAN BAY
G.P.UNIT A-8

**STATE OF CALIFORNIA**
GA-22 (9/92)

## INMATE REQUEST FOR INTERVIEW

DEPARTMENT OF CORRECTIONS

| DATE | TO | FROM (LAST NAME) | CDC NUMBER |
|---|---|---|---|
| 5/4/08 | PBSP-APPEALS COORDINATOR | KABEDE | E-25873 |

| HOUSING | BED NUMBER | WORK ASSIGNMENT | JOB NUMBER | FROM | TO |
|---|---|---|---|---|---|
| A-8-207 | | OPTICAL | | | |

OTHER ASSIGNMENT (SCHOOL, THERAPY, ETC.) | ASSIGNMENT HOURS FROM TO

**Clearly state your reason for requesting this interview.**
You will be called in for interview in the near future if the matter cannot be handled by correspondence.

Sir! I wrote the attached copy of 602 Appeal as Mr. HALBERT-CCI RECOMMENDATION AS HE DENIED MY REQUEST AND TOLD ME TO GIVE HIM THE 602, BECAUSE YOUR OFFICE WILL FORWARD THE APPEAL TO HIM. I AM AWARE THE APPEAL need to be Reviewed AT 1ST OR 2ND

*Do NOT write below this line. If more space is required, write on back.*

INTERVIEWED BY | DATE
DISPOSITION

LEVEL. AS MR. HALBERT-CCI, HE supose to Respond BACK THE APPEAL NEXT DAY BASED ON PBSP-O.P-205-BB. I DIDN'T GET BACK my 602 from mr. HALBERT-CCI. again he didn't showed up at his office in BL-8 Since last wendsday since I handed him the 602 APPEAL.
 please ask him or facility CCII and captain to address the issue at there level or Respond back so my APPEAL get Logged and processed. It's is not much to hand copy this 602, I have hand copied couple of them already to send to federal court and law office if I don't hear from you by the middle of next week that you have that my Appeal from mr. HALBERT and send Receipt that it is logged and processed. THERE is no Law say's that I have to be dis-communicated from my family and my people. since the matter is wirsed I want to be processed as emergency Appeal. please Respond and let me know. Thanks



# JUST THE FAX

PELICAN BAY STATE PRISON
P.O. BOX 7000
CRESCENT CITY, CA 95532
phone (707) 465-1000
fax (707) 465-9063

To: _Ethiopian Consulate_
From: _Tom Kosloske_
Ext. # _9017_
# pages including cover _2_
Notes _re: I/m Kabede, H. CDC # E-25873, notification of incarceration._

STATE OF CALIFORNIA  
**FOREIGN CONSULATE NOTIFICATION AND FOREIGN PRISONER TRANSFER TREATY PROGRAM NOTIFICATION**  
CDCR 8021 (Rev. 12/05)

DEPARTMENT OF CORRECTIONS AND REHABILITATION

| INMATE NAME: | CDCR NUMBER: | INSTITUTION: |
|---|---|---|
| KABEDE, WONDIYARD | E25873 | PBSP |

### Section I. SELF-REPORTED NATIONALITY

[X] The inmate claims his or her country of nationality is: __Ethiopia__.

[ ] The inmate claims to be a dual national of _____ and _____.

### Section II. FOREIGN CONSULATE NOTIFICATION

[X] The foreign consulate of the inmate's country of nationality is entitled to notification that the inmate is in departmental custody. (The Correctional Counselor shall complete a CDCR Form 8021-A, *Foreign Consulate Notification*.)

[ ] The foreign consulate of the inmate's country of nationality is not entitled to notification that the inmate is in departmental custody, unless requested by the inmate. (If this box is checked, the inmate shall check one of the two following boxes and sign his or her name.)

   [X] I request to notify the foreign consulate of my incarceration.
       (The Correctional Counselor shall complete a CDCR Form 8021-A, *Foreign Consulate Notification*.)

   [ ] I do not request to notify the foreign consulate of my incarceration.

Inmate's signature: _[signature]_   Date: 10/23/07

### Section III. FOREIGN PRISONER TRANSFER TREATY PROGRAM NOTIFICATION

The inmate was informed that he or she may apply for a transfer to his or her country of nationality to serve the remainder of his or her prison term. (The inmate shall check one of the two following boxes and sign his or her name.)

[X] I request to apply for a transfer to my country of nationality. Additionally, I was informed of the application process and I authorize the CDCR to disclose any of my case records necessary to complete the application process.

[ ] I do not request to apply for a transfer to my country of nationality.

Inmate's signature: _[signature]_   Date: 10/23/07

### EFFECTIVE COMMUNICATION

The inmate was informed of the information above (Sections I through III) and I believe he/she:

[X] Appears to understand without assistance

[ ] Appears to understand with assistance   [ ] Does not appear to understand with assistance

[ ] Assistance provided (foreign language interpreter, sign language interpreter, read/spoke slowly, assistive device, etc.): _____

Comments: KABEDE, WONDIRAD <- I/m claims

| CORRECTIONAL COUNSELOR'S PRINTED NAME: | CORRECTIONAL COUNSELOR'S SIGNATURE: | DATE: |
|---|---|---|
| W. HALBERT | [signature] CCI | 10-23-07 |

```
                    **********************
                    ***   TX REPORT    ***
                    **********************

    TRANSMISSION OK

    TX/RX NO              0974
    DESTINATION TEL #     812025870195
    DESTINATION ID
    ST. TIME              10/24 10:47
    TIME USE              00'26
    PAGES SENT            2
    RESULT                OK
```



# JUST THE FAX

**PELICAN BAY STATE PRISON**

**P.O. BOX 7000**

**CRESCENT CITY, CA 95532**

phone (707) 465-1000

fax (707) 465-9063

To: _Ethiopian Consulate_

From: _Tom Kosloske_

Ext. # _9017_

STATE OF CALIFORNIA  
**FOREIGN CONSULATE NOTIFICATION**  
CDCR 8021-A (12/05)

DEPARTMENT OF CORRECTIONS AND REHABILITATION

**Date:** 10-23-07

**To:** Consulate of _Ethiopia_ (Country), _WASHINGTON_ (City), _DC_ (State)  
(202) 587-0195

**From:** Name: _W. HALBERT_  
Job Title: _CCI_  
Institution: _PBSP_  
Address of Institution: _PO BOX 7000_  
City: _Crescent City_   State: _CA_   Zip Code: _95531_  
Telephone: (_707_) _465-1000_   FAX: (_707_) _465-9182_

**Subject:** NOTIFICATION OF FOREIGN NATIONAL INCARCERATED IN THE CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION

The California Department of Corrections and Rehabilitation (CDCR) has custody of the inmate listed below:   _WONDIYARD ← LSS_

Name: _KABEDE, WONDIYRAD_  ← Inmate claims First Name wrong. sq Below  
Inmate Identification Number: _E25873_   Date of Birth: _4-14-51_

The inmate claims his or her country of nationality to be: _Ethiopia_

This notification is being provided for the following reason:

☐ The foreign consulate of the inmate's country of nationality is required to receive notification of the inmate's incarceration pursuant to international legal obligations, as contained in specific provisions of bilateral consular conventions.

☒ The inmate has requested that the foreign consulate be notified of his or her incarceration and therefore the CDCR is required to provide notification pursuant to international legal obligations, as contained in the Vienna Convention on Consular Relations.

If you would like to arrange to visit the above inmate, please call (_707_) _465-1000_, between the hours of _0800_ and _0400_ (Pacific Standard Time).

Comments: _KABEDE, WONDIYRAD ← I/m claims_

Correctional Counselor's Printed Name: _W. HALBERT_  
Correctional Counselor's Signature: _[signature]_

| | | | | | | |
|---|---|---|---|---|---|---|
| STATE OF CALIFORNIA | | | | | | DEPARTMENT OF CORRECTIONS & REHABILITATION |
| | | | | | | CDC 128G (Rev. 07/05) |
| **No:** | E-25873 | **Name:** | KABEDE, WONDIYARD | | **Housing:** | A8-228L |
| **Custody:** | MED-A | **CS:** | 147-IV    **WG/PG:** A1/A EFF 03/04/04 | | **Assignment:** | OPTICAL |
| **Rel Date:** | MEPD 11/12/04 | | **Reclass:** 11/2007 | | **Action:** | CPP, CLEAR DOUBLE CELL |
| | DOC #0 03/07 | | | | | |

Inmate KABEDE appeared before PBSP FAC-A on this date for Annual Review. S is foreign born. FPTTP was reviewed with S, and updated 8021 is in C-File. Committee notes CDC 128C Mental Health Screening Chrono, dated 08/09/06 denoting CCCMS level of care. DDP Review: 128C-2 notes 01/28/04. Committee noted S has an RGPL of 10.7. Prior to Committee, CCI Thornton was assigned as Staff Assistant and was present during Committee. The Staff Assistant was assigned for the following reasons: CCCMS level of care. Committee effectively communicated with S as noted: Short sentences using simple English. S claims to speak and understand English. During Committee S indicated he was willing to conduct himself as an individually and abstain from violence. During Committee S made the following requests:
1. S stated telephone calls from his family are being blocked by PBSP staff. S was informed that MCI is responsible, not PBSP, for placing blocks on telephone service. S was given information on removal of block through MCI and advised to notify his family on procedure.
2. S requests either single cell status or new cellie. Committee denied request due to S's lengthy history of refusing cellies. Current cellie has been housed with S for the previous 8 months without incident. S was advised to find someone on the yard he can live with and provide Unit Officers with request.
3. S inquired about transfer to Federal Prison. S was informed that a review of the C-File would be completed to see if case met criteria for transfer to Federal Prison.
4. S wanted to know when next BPH would be. S was informed next BPH 03/2007.

S was advised to notify staff of any enemy situation which may arise. S is approved for 270 Design Facilities. During this Annual Review period, S has remained disciplinary free and his score is reduced 8 points, to a current, Level-IV score of 147. **Committee acts to CPP.** S is eligible to work around computers, computer systems, or to be in areas that may have access to personal information, per PC 2702, PC 502, or PC 5071. PC 2930 and PC 2933 complied with. S was advised of Committee's decision and his right to appeal, and that any appeal of this Committee action must be submitted within 15 working days of this date, whether he has received the CDC Form 128G Classification chrono or not. BPH DOC #0 Hearing scheduled in 03/2007. Next Annual Review is 11/2007.

CHAIRPERSON: M. MILLER/FC(A)    D. SWEARINGEN/CCII    RECORDER: C. MCKELLEP/CCI(A)

CC: ☐OBIS ☐CSR ☐IGI ☐PSYCH ☐MED ☐OTHER

Jul-25-2007 10:31   From-PBSP PLANT OPS FAC B        7074659012        T-396   P.002/003   F-598

# NOTICE TO INMATE/WARD FAMILY AND FRIENDS

Effective June 30, 2007 MCI will merge with Global Tel*Link (GTL) and GTL will become the new inmate phone provider for inmate telephone services. The merger will have some impacts to how inmates/wards make collect calls.

## Notices have been issued to inmates/wards of this change.

There are **NO CHANGES** to:
(1) Domestic collect call rates,
(2) How the inmate/ward call is processed, and
(3) How calls are made to Canada, Puerto Rico, and the U.S. Virgin Islands.

## THE CHANGES ARE:

- Company name will change from MCI to Global Tel*Link.

- Called party will hear, "... this is a collect call from Global Tel*Link..."

- Some telephone numbers may be blocked if GTL does not have a billing agreement with the local telephone provider. If blocked, the called party will need to establish a direct bill agreement with GTL. If a family or friend cannot receive calls from inmates/wards please contact the GTL toll-free number at 1-866-770-4896.

- Effective July 14, 2007 International calls made by inmates/wards will require the family or friend who lives in the foreign country to have a prepaid account established with Global Tel*Link who will use Western Union to set up the account and receive the foreign currency. Due to thousands of different languages and associated dialects, the inmate/ward will need to share this change with their family in other countries. Global Tel*Link has prepared documents that include: (1) a GTL International Advance Pay information, Rates, and Frequently Asked Questions flyer and (2) a Western Union flyer. Copies of these documents will be available to inmates/wards.

**Family and Friends may contact the MCI toll-free number for all questions related to inmate/ward telephone services.**

## 1-866-770-4896

Prepared by MCI

# FIRST LEVEL APPEAL RESPONSE

| | |
|---|---|
| **DATE:** | July 15, 2008 |
| **APPEAL NUMBER:** | A08-01579 |
| **NAME:** | KABEDE |
| **CDCR NUMBER:** | E-25873 |
| **APPEAL DECISION:** | **DENIED** |

**APPEAL ISSUE:**

In this appeal, you state that over the past two years you have sent six confidential letters to the Ethiopian Embassy in Washington D.C. and Los Angeles. You claim that you have not received a response from either embassy. You claim that you have asked Correctional Counselor I (CCI) W. Halbert, Correctional Counselor II (CCII) D. Swearingen, and Captain K. L. McGuyer to assist you in calling these embassies, but your requests were denied. You further state that you asked CCI Halbert to process your legal mail to the embassy as certified mail, which he refused. You also claim that the above agencies and your family telephone lines are blocked by Pelican Bay State Prison (PBSP). You feel that this is a conspiracy to get you killed.

**REQUESTED ACTION:**

You are demanding to be assisted in all your telephone calls and all your mail be sent out as certified mail.

**FINDINGS:**

Correctional Counselor II (CCII) S. Walch was assigned to investigate this complaint as the First Level Reviewer. A Review of your appeal, attachments, and prior Staff responses has been completed. During the course of the investigation, the following information was noted:

On July 15, 2008, you were interviewed by CCII Walch. This interview took place at the Facility A Program Office. During the interview, you stated that you wrote the appeal, and that its contents are true and correct and an accurate portrayal of your issue. You had no other pertinent information to add.

On July 15, 2008, CCII Walch reviewed your Central File. The file shows that on October 24, 2007, the Ethiopian Embassy in Washington D.C. was faxed a copy of the "NOTIFICATION OF FOREIGN NATIONAL INCARCERATED IN THE CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION" forms. These forms were processed at your request by CCI Halbert. These forms instruct the foreign consulate that if they wish to arrange a visit with you, they are to call PBSP and make arrangements. These forms have been included with this appeal.

PBSP's Operational Procedure (O.P.) #205 states; "An inmate may be allowed use of the certified mail service only if proof of delivery requirement is evident." Simply because the Ethiopian Embassies have not responded to your letters, does not constitute a reason to have your letters sent out as certified mail.

Page 2
KABEDE, E-25873

The file also shows that on December 21, 2006, you appeared before the Facility A Unit Classification Committee (UCC) for your Annual Review. The 128G from that date states that "S" stated telephone calls from his family are being blocked by PBSP staff. "S" was informed that MCI is responsible, not PBSP, for placing blocks on telephone service. "S" was given information on removal of blocks through MCI and advised to notify his family on procedure." During the interview with you regarding this appeal, it became evident that there has been very little effort on your part to correct this problem. In fact, during the interview you stated that, "It is not my responsibility to fix this, it is my counselor's job." Information on how to resolve this issue with the phones has been included in this appeal.

Your request to be assisted with all your telephone calls is **DENIED**. You have been given information on how to correct this problem. It is your responsibility, not your counselor's or PBSP's.

Your request to have all your mail sent out as certified mail is **DENIED** for the reasons stated above.

**DETERMINATION OF ISSUE:**

Based on the above, your appeal is **DENIED** at the First Level of Review.


K.L. McGUYER
Facility Captain
Facility A

P. T. SMITH
Associate Warden
General Population



9/28/08

PELICAN BAY
G.P. UNIT A-8