UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WONDIYRAD KABEDE,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>ROBERT HOREL, et al.,<br><br>　　　　Defendants. | Case No. 07-cv-03656-TEH[1] (BLF)<br><br>**ORDER DENYING MOTION**<br>Re: Dkt. No. 38 |

In 2007, Plaintiff, a state prisoner proceeding *pro se*, filed this civil rights action under 42 U.S.C. § 1983. This case was referred to mediation where it was settled and closed in 2009. The terms of the settlement were as follows: 1) Defendants agreed to place a memorandum in Plaintiff's Central File that memorialized his ethnicity as Ethiopian and his preference to be housed with Ethiopians or inmates classified as "ethnically other" and not with African Americans involved in gang activity; and 2) Defendants agreed to provide Plaintiff with certain dental care. Dkt. No. 18 at 3-7.

Plaintiff has now filed a request for a preliminary injunction arguing that the settlement was breached because the California Department of Corrections and Rehabilitation recently created new regulations regarding single cells, and he was denied a single cell. Dkt. No. 38 at 1. Plaintiff also contends that while originally litigating his case, he was not aware that Judge Henderson was African American and Judge Henderson was biased. *Id*. at 1-2. Plaintiff contends that he has also been forced to live with

---

[1] The matter was originally before the Honorable Judge Thelton E. Henderson, who has since retired. It is now before this Court for limited purpose of ruling on Plaintiff's post judgment motion.

"ethnically other" inmates, *id*. at 2; however, this was part of the settlement agreement. *See supra* at 1.  He also alleges there is a conspiracy of various African American prison staff to have him killed. *Id*. at 3-5.  Plaintiff seeks an injunction preventing his transfer to a different prison and placing him in a single cell. *Id*. at 5.

Plaintiff's motion for a preliminary injunction is denied.  He has not presented sufficient evidence demonstrating a violation of the settlement agreement.  To the extent he seeks injunctive relief regarding his current living conditions, he must file a new civil rights action in the Eastern District of California where he is currently confined.

For the foregoing reasons:

1. Plaintiff's motion for a preliminary injunction, Dkt. No. 38, is **DENIED**.

2. The Clerk shall send Plaintiff a blank civil rights form and an *In Forma Pauperis* Application.

This order terminates Docket No. 38.

**IT IS SO ORDERED.**

Dated: October 6, 2021

BETH LABSON FREEMAN
United States District Judge